UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>LUZ IRENE FAJARDO CAMPOS, )<br>)<br>Defendant.  )<br>) | No. 1:16-cr-00154 (KBJ) |

**ORDER**

Upon consideration of the motion by the defense counsel for an examination of the mental competency of Defendant, pursuant to Title 24, Section 301 of the District of Columbia Code, and the representations made in support thereof, it is hereby

**ORDERED** that Defendant be examined by the psychiatric staff of the Legal Services Division, and that after such examination a report be made to this Court as to:

(1) Whether the defendant is presently mentally competent to understand the proceedings against her and to properly assist in the preparation of her defense; and

(2) If the answer to the preceding paragraph is in the negative, does the examining psychiatrist believe Defendant should be transferred to a mental hospital for further examination and treatment?

It is

**FURTHER ORDERED** that the United States Marshal, or his designated deputy, transport Defendant to the Cellblock in the Superior Court for the District of Columbia for the purpose of this preliminary psychiatric examination.

DATE:  May 21, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge