**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 1:16-cr-00154 (KBJ) |
| LUZ IRENE FAJARDO CAMPOS, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

The parties in this case appeared for a status conference on June 14, 2018. During that proceeding, counsel for Ms. Fajardo Campos represented that he anticipates filing motions advance of trial in this matter and requested that the Court set a schedule for such motions. The Government expressed no objection to setting the requested briefing schedule. Accordingly, it is hereby

**ORDERED** that Ms. Fajardo Campos shall file any motion challenging the Title III wiretaps on or before **August 20, 2018**. The Government's opposition to this motion is due on or before **September 10, 2018**. Ms. Fajardo Campos's reply, if any, is due on or before **September 24, 2018**. It is

**FURTHER ORDERED** that the parties shall file any remaining pre-trial motions on or before **November 14, 2018**. Oppositions to any such motions are due on or before **December 7, 2018**, and replies are due on or before **December 21, 2018**.

Date: June 14, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge