UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 1:16-cr-00154 (KBJ) |
| LUZ IRENE FAJARDO CAMPOS, | ) |
| Defendant. | ) |

**ORDER**

If counsel is not present in the courtroom within 15 minutes of the time a hearing is scheduled to start, it is this Court's policy, to vacate and reschedule the court appearance and to assess against absent counsel any fees or costs that the Court incurs in connection with the vacated hearing (*e.g.*, foreign-language interpreters), absent extraordinary and unforeseen circumstances that are communicated to the Court in advance of that time.  A Status Conference was scheduled in this matter for October 2, 2018, at 10:30 AM, and defense counsel was not present in the courtroom within 15 minutes after the scheduled start time.  Accordingly, it is hereby

**ORDERED**, that the Status Conference set for October 2, 2018, is **VACATED** and **RESET** for October 4, 2018, at 10 AM.  It is

**FURTHER ORDERED** that defense counsel shall pay the fees of the Spanish language interpreter who was present at the vacated hearing.

Date:  October 3, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge