# Exhibit 3



# JUDI O'BRIEN

### LANGUAGES

Spanish <> English

### SUBJECT MATTER EXPERTISE

Drug interdiction, law enforcement, agriculture, agricultural health and food safety, environmentally sustainable energy generation, legal, social science, medical (general), light technical, mechanical (operation of heavy machinery, instruction manuals, hazardous waste operations, etc.).

### CERTIFICATIONS

Certified by American Translator's Association for Spanish > English

2016, Passed Federal Court Interpreter Certification Written Exam

January 2010, Language Evaluation with ALTA scored as Near Native for Spanish spoken and understanding and 3 (out of 3) for reading comprehension.

### PROFESSIONAL EXPERIENCE

May 2010        Department of Justice Translator and Language Services Coordinator
*Translator and Language Services Coordinator for the Narcotic and Dangerous Drug Section*
- Duties include the production of written English translations of foreign documentary evidence in Spanish, in hard copy and electronically stored formats, in support of prosecution of international narcotics trafficking cases. Project management duties include identifying project goals and performance measures, coordinating and monitoring project funds; developing policies, protocols, systems and controls to effectively support language service program, evaluate effectiveness of program operations against appropriate criteria. Provide expert testimony for government in federal criminal trials and hearings. Develop text on cross examining foreign witnesses for trial attorneys.

2009        Freelance Translator
*Independent Freelance Translator*
- Freelance translator and editor working for several translation agencies on a variety of subject matter including, but not limited to, legal, technical, transportation, environmental, conservation, alternative energy (solar, wind, biofuels, etc.), water treatment, business, advertising, medical, academic, as well as subtitling and movie scripts, and certified court-ready transcriptions of police interviews of Spanish speaking defendants.

1998 - 2009     New World Linguists, Inc.          Columbia, Maryland
*Co-owner*
- Co-founder and co-owner of a small, women-owned language company. Clients have included the International Union for Operating Engineers, McNeil Technologies (for clients such as DEA, ATF, USDA, National Defense University, Codex Alimentarius, Department of Defense), American Consulting Engineers Council, St. Mary's College of Maryland, Centers for Disease Control and Prevention, Russian Language Services, Ames Safety Envelope Co., Environmental Protection Agency, Federal Highway Safety Administration. Responsible for daily administrative duties, long-term strategic planning, contract acquisition, as well as translation, editing, hiring, verifying accuracy of translated documents.

2004-2005   McNeil Technologies, Boston, MA
*Contractor site supervisor*
- Contract project management consultant in support of DEA New England Field Division Title Regional Wire Rooms. Temporary consulting assignment to inaugurate company's New England Field Division contract, based in Boston. Trained and supervised Spanish linguists in seven-day a week, sixteen-hour-day intercepts, transcription and translation, and document translation. Responsible for administrative duties, and liaison between DEA and McNeil Technologies. Contact point for case agents, and responsible for quality of content and format of deliverables. Responsible for linguists in all six New England states.

2000 - 2002     The Ventura Group, and McNeil Technologies  Washington, DC
*Bilingual editor*
- Bilingual editor of an on-line scholarly publication for the Center for Hemispheric Defense Studies. Responsible for launching a new on-line scholarly journal. Duties included soliciting manuscripts, assembling an Editorial Board, distributing manuscripts for peer review, corresponding and collaborating with authors and Board members in Spanish and English, editing and formatting accepted manuscripts, formatting publication for publication to the Web.

1998 - 1999     McNeil Technologies              Springfield, Virginia
*Project manager*
- Contract project management consultant in support of DEA New England Field Division and DEA San Diego Field Division Title III (non-consensual foreign language telephone intercept) Regional Wire Rooms. Temporary consulting assignment to inaugurate company's San Diego and Boston contracts. Trained and supervised nine Spanish linguists (four in New England) in seven-day a week, sixteen-hour-day intercepts, transcription and translation, and document translation. Responsible for administrative duties, and liaison between DEA and McNeil Technologies.

1997 - 1998     Ebon Research Systems            Newington, Virginia
*Quality control linguist*
- Provide foreign language support (Spanish) to DEA to satisfy operational and intelligence requirements. Monitor, transcribe, and translate foreign language intelligence material while adhering to federal laws and guidelines. Draft timely intelligence reports for Department of Justice consumers. Review and correct transcriptions and translations performed by others. Evaluate raw intelligence material

to determine operational and intelligence value.  Report information meeting time-sensitive criteria to joint federal law enforcement agencies.

## EDUCATION

May 2016     American University          Washington, DC
*Master of Arts, Spanish and Latin American studies*

1992 - 1995     Universidad de Costa Rica     San José, Costa Rica
*Master of Arts program in Central American History*
Completed program of study with 'A' average (thesis not filed for completion of degree).

May 1991     St. Mary's College of Maryland     St. Mary's City, Maryland
*Bachelor of Arts, History; Minor in Spanish/Latin American studies*

## PROFESSIONAL MEMBERSHIPS

Certified Member in good standing of the American Translators Association

## AWARDS AND RECOGNITIONS

2018 Organized Crime Drug Enforcement Task Force (OCDETF) National Award

2016 Organized Crime Drug Enforcement Task Force (OCDETF) National Award

Assistant Attorney General's Award for Distinguished Service, December 2014