UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 Cr. 154 (KBJ) |
| v. | : | |
| LUZ IRENE FAJARDO CAMPOS | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION
TO SCHEDULE STATUS CONFERENCE**

Defendant Luz Fajardo Campos is currently incarcerated at the Piedmont Regional Jail in Farmville, Virginia. The facility is more than three and a half hours from Washington, D.C. and has only limited visitation hours – even for attorneys. The undersigned previously contacted the U.S. Marshals Service several times and requested that the defendant be transported back to the Washington, D.C. Metropolitan area. Undersigned has finally been advised that in order for the Marshals to transport Luz Fajardo, there must be a Court hearing scheduled in this case. Undersigned has consulted with the prosecutor in this case, and represents that the Government does not object to scheduling a status hearing in the case. Moreover, the parties have consulted their respective calendars and are both free on the following dates: October 25, 2109; November 1, 2019; and November 4, 2019.

Accordingly, the defense respectfully requests that this Court schedule a status conference in this case as expeditiously as possible in this case and that the United States Marshals Service be directed to transport defendant Luz Fajado Campos to the District of Columbia - in advance of the status hearing if possible. Further, in order to avoid any possibility that the defendant will be returned to the Piedmont Regional Jail, the attached Proposed Order

provides that the defendant shall be held at the Correctional Treatment Facility in Washington, D.C. pending the currently scheduled trial date in this case.

A proposed Order is attached to this Notice for the Court's review.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania, Avenue, N.W.
190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to Cole Radovich, Narcotic and Dangerous Drug Section, 2 Constitution Square, N.W. Washington, D.C. 20005, this 21st day of October 2019.

*Robert Feitel*

_____
Robert Feitel