# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 16-154 (KBJ) |
| | ) | |
| LUZ IRENE FAJARDO CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REVISED TRIAL EXHIBIT LIST

Government: Cole Radovich, Anthony Aminoff, and Kaitlin Sahni

Defendant: Luz Irene Fajardo Campos

Current as of: December 14, 2019

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 1 | Consensually recorded phone call with Gov. witness 1 on August 10, 2012 (WS600015) | 12/12/19 | 12/13/19 | Erbe-Fabela; Cabrera Grabo-Field; Hedrick |
| 1a | Transcript of consensually recorded phone call with Gov. witness 1 on August 10, 2012 | 12/13/19 | 12/13/19 | Grabo-Field; Cabrera |
| 2 | Consensually recorded phone call with Gov. witness 2 on June 1, 2015 (WS500081) | 12/12/19 | 12/13/19 | Erbe-Fabela; Cabrera Mendoza; Hedrick |
| 2a | Transcript of consensually recorded phone call with Gov. witness 2 on June 1, 2015 (WS500081) | 12/13/19 | 12/13/19 | Mendoza; Cabrera |
| 3 | Consensually recorded phone call with Gov. witness 2 on June 5, 2015 (WS500101) | 12/13/19 | 12/13/19 | Mendoza |
| 3a | Transcript of consensually recorded phone call with Gov. witness 2 on June 5, 2015 (WS500101) | 12/13/19 | 12/13/19 | Mendoza |
| 4 | Consensually recorded phone call with Gov. witness 2 on June 7, 2015 (WS500112) | 12/13/19 | 12/13/19 | Mendoza |
| 4a | Transcript of consensually recorded phone call with Gov. witness 2 on June 7, 2015 (WS500112) | 12/13/19 | 12/13/19 | Mendoza |
| 5 | Consensually recorded phone call with Gov. witness 2 on June 9, 2015 (WS500117) | 12/13/19 | 12/13/19 | Mendoza |
| 5a | Transcript of consensually recorded phone call with Gov. witness 2 on June 9, 2015 (WS500117) | 12/13/19 | 12/13/19 | Mendoza |
| 6 | Consensually recorded phone call with Gov. witness 2 on June 18, 2015 (WS500145) | 12/13/19 | 12/13/19 | Mendoza |
| 6a | Transcript of consensually recorded phone call with Gov. witness 2 on June 18, 2015 (WS500145) | 12/13/19 | 12/13/19 | Mendoza |
| 7 | Snip of CTF phone call SNIP AUDIO 358_430.wav | | | |
| ~~8~~ | ~~Intentionally Left Blank~~ | | | |
| ~~9~~ | ~~Intentionally Left Blank~~ | | | |
| ~~10~~ | ~~Intentionally Left Blank~~ | | | |
| ~~11~~ | ~~Intentionally Left Blank~~ | | | |
| ~~12~~ | ~~Intentionally Left Blank~~ | | | |
| ~~13~~ | ~~Intentionally Left Blank~~ | | | |
| ~~14~~ | ~~Intentionally Left Blank~~ | | | |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| ~~15~~ | ~~Intentionally Left Blank~~ | | | |
| ~~16~~ | ~~Intentionally Left Blank~~ | | | |
| ~~17~~ | ~~Intentionally Left Blank~~ | | | |
| 18 | Picture from 4lb seizure of methamphetamine in Tucson, Arizona – car with front passenger door open | 12/13/19 | 12/13/19 | Kunnemann |
| 19 | Picture from 4lb seizure of methamphetamine in Tucson, Arizona – inside of the front of the car | 12/13/19 | 12/13/19 | Kunnemann Grado-Field |
| 20 | Picture from 4lb seizure of methamphetamine in Tucson, Arizona – open black and white plastic bag with green bag inside containing meth | 12/13/19 | 12/13/19 | Kunnemann |
| 21 | Seized methamphetamine (4lbs) | 12/13/19 | 12/13/19 | Kunnemann; Larick |
| 22 | Consensually recorded phone call with Gov. witness 1 in August 2012 (VN520030) | 12/13/19 | 12/13/19 | Grado-Field |
| 22a | Transcript of consensually recorded phone call with Gov. witness 1 in August 2012 (VN520030) | 12/13/19 | 12/13/19 | Grado-Field |
| 23 | Consensually recorded phone call with Gov. witness 1 in August 2012 (VN520034) | 12/13/19 | 12/13/19 | Grado-Field |
| 23a | Transcript of consensually recorded phone call with Gov. witness 1 in August 2012 (VN520034) | 12/13/19 | 12/13/19 | Grado-Field |
| 24 | Consensually recorded phone call with Gov. witness 1 on August 10, 2012 (WS600016) | 12/13/19 | 12/13/19 | Grado-Field |
| 24a | Transcript of consensually recorded phone call with Gov. witness 1 on August 10, 2012 (WS600016) | 12/13/19 | 12/13/19 | Grado-Field |
| 25 | Consensually recorded phone call with Gov. witness 1 on August 11, 2012 (WS600021) | 12/13/19 | 12/13/19 | Grado-Field |
| 25a | Transcript of consensually recorded phone call with Gov. witness 1 on August 11, 2012 (WS600021) | 12/13/19 | 12/13/19 | Grado-Field |
| 26 | Seized email and attachments from lulab69@hotmail.com dated September 3, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 26a | Translation of seized email from lulab69@hotmail.com dated September 3, 2013 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 27 | Seized email and attachments from lulab69@hotmail.com dated December 12, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick Cabrera |
| 28 | Seized email and attachments from lulab69@hotmail.com dated February 5, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 29 | Seized email and attachments from lulab69@hotmail.com dated June 13, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 29a | Translation of seized email from lulab69@hotmail.com dated June 13, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 30 | Seized email and attachments from lulab69@hotmail.com dated July 15, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 30a | Translation of seized email from lulab69@hotmail.com dated July 15, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 31 | Seized email and attachments from lulab69@hotmail.com dated July 15, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 31a | Translation of seized email from lulab69@hotmail.com dated July 15, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 32 | Seized email and attachments from lulab69@hotmail.com dated September 3, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 32a | Translation of seized email from lulab69@hotmail.com dated September 3, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 33 | Seized email and attachments from lulab69@hotmail.com dated January 18, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 33a | Translation of seized email from lulab69@hotmail.com dated January 18, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 34 | Seized email and attachments from lulab69@hotmail.com dated January 18, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 35 | Seized email and attachments from lulab69@hotmail.com dated February 13, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 35a | Translation of seized email from lulab69@hotmail.com dated February 13, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 36 | Seized email and attachments from lulab69@hotmail.com dated October 23, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 36a | Translation of seized email from lulab69@hotmail.com dated October 23, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 37 | Seized email and attachments from lulab69@hotmail.com dated October 23, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 37a | Translation of seized email from lulab69@hotmail.com dated October 23, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 38 | Seized email and attachments from lulab69@hotmail.com dated November 22, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 38a | Translation of seized email from lulab69@hotmail.com dated November 22, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 39 | Seized email and attachments from lulab69@hotmail.com dated November 22, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 39a | Translation of seized email from lulab69@hotmail.com dated November 22, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 40 | Seized email and attachments from lulab69@hotmail.com dated November 22, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 40a | Translation of seized email from lulab69@hotmail.com dated November 22, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 41 | Seized email and attachments from lulab69@hotmail.com dated November 22, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 41a | Translation of seized email from lulab69@hotmail.com dated November 22, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 42 | Seized email and attachments from lulab69@hotmail.com dated December 17, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 42a | Translation of seized email from lulab69@hotmail.com dated December 17, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 43 | Seized email and attachments from lulab69@hotmail.com dated February 10, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 43a | Translation of seized email from lulab69@hotmail.com dated February 10, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 44 | Seized email and attachments from lulab69@hotmail.com dated February 13, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 44a | Translation of seized email from lulab69@hotmail.com dated February 13, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 45 | Seized email and attachments from lulab69@hotmail.com dated August 29, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 46 | Seized email and attachments from lulab69@hotmail.com dated November 3, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 46a | Translation of seized email from lulab69@hotmail.com dated November 3, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 47 | Seized email and attachments from lulab69@hotmail.com dated December 16, 2013 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 47a | Translation of seized email from lulab69@hotmail.com dated December 16, 2013 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 48 | Seized email and attachments from lulab69@hotmail.com dated September 4, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 48a | Translation of seized email from lulab69@hotmail.com dated September 4, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 49 | Seized email and attachments from lulab69@hotmail.com dated September 21, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 50 | Seized email and attachments from lulab69@hotmail.com dated September 22, 2014 | 12/12/19 | 12/12/19 | Homer; Hedrick |
| 50a | Translation of seized email from lulab69@hotmail.com dated September 22, 2014 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 51 | TIII intercepted communication Product ID 1213488 | 12/16/19 | 12/16/19 | Hedrick |
| 51a | Translation of TIII intercepted communication Product ID 1213488 | 12/12/19 | 12/12/19 | Erbe-Fabela; O'Brien; Hedrick |
| 52 | TIII intercepted communication Product ID 1232491 | 12/16/19 | 12/16/19 | Hedrick |
| 52a | Translation of TIII intercepted communication Product ID 1232491 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 53 | TIII intercepted picture Product ID 1233554 | 12/13/19 | 12/16/19 | Concolino; Hedrick; Cabrera |
| 54 | TIII intercepted picture Product ID 1233556 | 12/13/19 | 12/16/19 | Concolino; Hedrick |
| 55 | TIII intercepted picture Product ID 1233558 | 12/13/19 | 12/16/19 | Concolino; Hedrick |
| 56 | TIII intercepted communication Product ID 756992 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 56a | Translation of TIII intercepted communication Product ID 756992 | 12/1619 | 12/16/19 | O'Brien Hedrick |
| 57 | TIII intercepted picture Product ID 757011 | 12/16/19 | 12/16/19 | Hedrick |
| 58 | TIII intercepted communication Product ID 738456 | 12/16/19 | 12/16/19 | Hedrick |
| 58a | Translation of TIII intercepted communication Product ID 738456 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 59 | TIII intercepted communication Product ID 1316365 | 12/16/19 | 12/16/19 | Hedrick |
| 59a | Translation of TIII intercepted communication Product ID 1316365 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 60 | TIII intercepted communication Product ID 1878268 | 12/16/19 | 12/16/19 | Hedrick |
| 61 | TIII intercepted communication Product ID 2185049 | 12/16/19 | 12/16/19 | Hedrick |
| 62 | TIII intercepted communication Product ID 2254815 | 12/16/19 | 12/16/19 | Hedrick |
| 63 | TIII intercepted communication Product ID 2263251 | 12/16/19 | 12/16/19 | Hedrick |
| 64 | TIII intercepted communication Product ID 2500214 | 12/16/19 | 12/16/19 | Hedrick |
| 65 | TIII intercepted communication Product ID 2500219 | 12/16/19 | 12/16/19 | Hedrick |
| 65a | Combined translation of Gov. Exhibits 60-65 | 12/16/19 | 12/16/19 | Hedrick |
| 66 | TIII intercepted communication Product ID 409121 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 66a | Translation of TIII intercepted communication Product ID 409121 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 67 | TIII intercepted picture Product ID 409155 | 12/16/19 | 12/16/19 | Hedrick |
| 68 | TIII intercepted communication Product ID 735472 | 12/16/19 | 12/16/19 | Hedrick |
| 69 | TIII intercepted communication Product ID 735764 | 12/16/19 | 12/16/19 | Hedrick |
| 70 | TIII intercepted communication Product ID 837717 | 12/16/19 | 12/16/19 | Hedrick |
| 70a | Combined translation of Gov. Exhibits 68-70 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 71 | TIII intercepted communication Product ID 1082858 | 12/16/19 | 12/16/19 | Hedrick |
| 71a | Translation of TIII intercepted communication Product ID 1082858 | 12/16/19 | 12/16/19 | O;Brien Hedrick |
| 72 | TIII intercepted communication Product ID 1088483 | 12/16/19 | 12/16/19 | Hedrick |
| 72a | Translation of TIII intercepted communication Product ID 1088483 | 12/16/19 | 12/16/19 | O'Brien Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 73 | TIII intercepted communication Product ID 839352 | 12/16/19 | 12/16/19 | Hedrick |
| 74 | TIII intercepted communication Product ID 831307 | 12/16/19 | 12/16/19 | Hedrick |
| 75 | TIII intercepted communication Product ID 832511 | 12/16/19 | 12/16/19 | Hedrick |
| 76 | TIII intercepted communication Product ID 832569 | 12/16/19 | 12/16/19 | Hedrick |
| 77 | TIII intercepted communication Product ID 832841 | 12/16/19 | 12/16/19 | Hedrick |
| 78 | TIII intercepted communication Product ID 839410 | 12/16/19 | 12/16/19 | Hedrick |
| 79 | TIII intercepted communication Product ID 839467 | 12/16/19 | 12/16/19 | Hedrick |
| 80 | TIII intercepted communication Product ID 839792 | 12/16/19 | 12/16/19 | Hedrick |
| 81 | TIII intercepted communication Product ID 839950 | 12/16/19 | 12/16/19 | Hedrick |
| 82 | TIII intercepted communication Product ID 839951 | 12/16/19 | 12/16/19 | Hedrick |
| 82a | Combined translation of Gov. Exhibits 73-82 | 12/16/19 | 12/16/19 | Hedrick |
| 83 | TIII intercepted picture Product ID 839356 | 12/16/19 | 12/16/19 | Hedrick |
| 84 | TIII intercepted communication Product ID 407880 | 12/16/19 | 12/16/19 | Hedrick |
| 84a | Translation of TIII intercepted communication Product ID 407880 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 85 | TIII intercepted communication Product ID 1174159 | 12/16/19 | 12/16/19 | Hedrick |
| 86 | TIII intercepted communication Product ID 1182835 | 12/16/19 | 12/16/19 | Hedrick |
| 87 | TIII intercepted communication Product ID 1182905 | 12/16/19 | 12/16/19 | Hedrick |
| 88 | TIII intercepted communication Product ID 1194210 | 12/16/19 | 12/16/19 | Hedrick |
| 88a | Combined translation of Gov. Exhibits 85-88 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 89 | TIII intercepted communication Product ID 528666 | 12/16/19 | 12/16/19 | Hedrick |
| 90 | TIII intercepted communication Product ID 528728 | 12/16/19 | 12/16/19 | Hedrick |
| 90a | Combined translation of Gov. Exhibits 89-90 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 91 | TIII intercepted communication Product ID 2260405 | 12/16/19 | 12/16/19 | Hedrick |
| 91a | Translation of TIII intercepted communication Product ID 2260405 | 12/16/19 | 12/16/19 | Hedrick |
| 92 | TIII intercepted communication Product ID 1086864 | 12/16/19 | 12/16/19 | Hedrick |
| 93 | TIII intercepted communication Product ID 1086880 | 12/16/19 | 12/16/19 | Hedrick |
| 94 | TIII intercepted communication Product ID 1097792 | 12/16/19 | 12/16/19 | Hedrick |
| 94a | Combined translation of Gov. Exhibits 92-94 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 95 | TIII intercepted picture Product ID 1087347 | 12/16/19 | 12/16/19 | Hedrick |
| 96 | TIII intercepted picture Product ID 1087349 | 12/16/19 | 12/16/19 | Hedrick |
| 97 | TIII intercepted picture Product ID 1087351 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 98 | TIII intercepted picture Product ID 1087355 | 12/16/19 | 12/16/19 | Hedrick |
| 99 | TIII intercepted picture Product ID 442523 | 12/16/19 | 12/16/19 | Hedrick |
| 100 | TIII intercepted communication Product ID 442545 | 12/16/19 | 12/16/19 | Hedrick |
| 100a | Translation of TIII intercepted communication Product ID 442545 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 101 | TIII intercepted picture Product ID 442569 | 12/16/19 | 12/16/19 | Hedrick |
| 102 | TIII intercepted communication Product ID 582899 | 12/16/19 | 12/16/19 | Hedrick |
| 103 | TIII intercepted communication Product ID 583114 | 12/16/19 | 12/16/19 | Hedrick |
| 104 | TIII intercepted communication Product ID 736357 | 12/16/19 | 12/16/19 | Hedrick |
| 105 | TIII intercepted communication Product ID 740320 | 12/16/19 | 12/16/19 | Hedrick |
| 106 | TIII intercepted communication Product ID 867956 | 12/16/19 | 12/16/19 | Hedrick |
| 106a | Combined translation of Gov. Exhibits 102-106 | 12/16/19 | 12/16/19 | Hedrick |
| 107 | TIII intercepted communication Product ID 1022186 | 12/16/19 | 12/16/19 | Hedrick |
| 107a | Translation of TIII intercepted communication Product ID 1022186 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 108 | III intercepted communication Product ID1075227 | 12/16/19 | 12/16/19 | Hedrick |
| 109 | III intercepted communication Product ID1075258 | 12/16/19 | 12/16/19 | Hedrick |
| 109a | Combined translation of Gov. Exhibits 108-109 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 110 | TIII intercepted communication Product ID 760349 | 12/16/19 | 12/16/19 | Hedrick |
| 110a | Translation of TIII intercepted communication Product ID 760349 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 111 | TIII intercepted picture Product ID 102603 | 12/16/19 | 12/16/19 | Hedrick |
| 112 | TIII intercepted communication Product ID 901723 | 12/16/19 | 12/16/19 | Hedrick |
| 113 | TIII intercepted communication Product ID 901816 | 12/16/19 | 12/16/19 | Hedrick |
| 114 | TIII intercepted communication Product ID 909307 | 12/16/19 | 12/16/19 | Hedrick |
| 115 | TIII intercepted communication Product ID 909783 | 12/16/19 | 12/16/19 | Hedrick |
| 116 | TIII intercepted communication Product ID 909956 | 12/16/19 | 12/16/19 | Hedrick |
| 117 | TIII intercepted communication Product ID 910144 | 12/16/19 | 12/16/19 | Hedrick, |
| 117a | Combined translation of Gov. Exhibits 112-117 | 12/16/19 | 12/16/19 | O'Brien; Hedrick, Hinratty |
| 118 | TIII intercepted picture Product ID 909907 | 12/16/19 | 12/16/19 | Hedrick |
| 119 | TIII intercepted picture Product ID 909909 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 120 | TIII intercepted picture Product ID 909913 | 12/16/19 | 12/16/19 | Hedrick |
| 121 | TIII intercepted picture Product ID 909915 | 12/16/19 | 12/16/19 | Hedrick |
| 122 | TIII intercepted picture Product ID 909967 | 12/16/19 | 12/16/19 | Hedrick |
| 123 | TIII intercepted picture Product ID 909971 | 12/16/19 | 12/16/19 | Hedrick |
| 124 | TIII intercepted picture Product ID 909973 | 12/16/19 | 12/16/19 | Hedrick |
| 125 | TIII intercepted picture Product ID 909975 | 12/16/19 | 12/16/19 | Hedrick |
| 126 | TIII intercepted picture Product ID 909977 | 12/16/19 | 12/16/19 | Hedrick |
| 127 | TIII intercepted picture Product ID 909981 | 12/16/19 | 12/16/19 | Hedrick |
| 128 | TIII intercepted picture Product ID 919636 | 12/16/19 | 12/16/19 | Hedrick |
| 129 | TIII intercepted picture Product ID 940721 | 12/16/19 | 12/16/19 | Hedrick |
| 130 | TIII intercepted picture Product ID 920226 | 12/16/19 | 12/16/19 | Hedrick |
| 131 | TIII intercepted picture Product ID 889550 | 12/16/19 | 12/16/19 | Hedrick |
| 132 | TIII intercepted communication Product ID 901817 | 12/16/19 | 12/16/19 | Hedrick |
| 132a | Translation of TIII intercepted communication Product ID 901817 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 133 | Photograph of Jorge Biebrich Ramirez from MS Seizure | 12/13/19 | 12/13/19 | Daugherty; Chapa |
| 134 | TIII intercepted communication Product ID 1363958 | 12/16/19 | 12/16/19 | Hedrick |
| 135 | TIII intercepted communication Product ID 1364022 | 12/16/19 | 12/16/19 | Hedrick |
| 135a | Combined translation of Gov. Exhibits 134-135 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 136 | TIII intercepted picture Product ID 1363965 | 12/16/19 | 12/16/19 | Hedrick |
| 137 | TIII intercepted picture Product ID 1363967 | 12/16/19 | 12/16/19 | Hedrick |
| 138 | TIII intercepted picture Product ID 1364034 | 12/16/19 | 12/16/19 | Hedrick |
| 139 | TIII intercepted picture Product ID 1364386 | 12/16/19 | 12/16/19 | Hedrick |
| 140 | TIII intercepted picture Product ID 1375465 | 12/16/19 | 12/16/19 | Hedrick |
| 141 | TIII intercepted picture Product ID 1375467 | 12/16/19 | 12/16/19 | Hedrick |
| 142 | TIII intercepted picture Product ID 1897871 | 12/16/19 | 12/16/19 | Hedrick |
| 143 | TIII intercepted picture Product ID 1180767 | 12/16/19 | 12/16/19 | Hedrick |
| 144 | TIII intercepted picture Product ID 533806 | 12/16/19 | 12/16/19 | Hedrick |
| 145 | TIII intercepted picture Product ID 1520302 | 12/16/19 | 12/16/19 | Hedrick |
| 146 | TIII intercepted picture Product ID 1520306 | 12/16/19 | 12/16/19 | Hedrick |
| 147 | TIII intercepted picture Product ID 1617265 | 12/16/19 | 12/16/19 | Hedrick |
| 148 | TIII intercepted picture Product ID 760354 | 12/16/19 | 12/16/19 | Hedrick |
| 149 | TIII intercepted picture Product ID 760364 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 150 | TIII intercepted communication Product ID 548843 | 12/16/19 | 12/16/19 | Hedrick |
| 151 | TIII intercepted communication Product ID 550858 | 12/16/19 | 12/16/19 | Hedrick |
| 151a | Combined translation of Gov. Exhibits 150-151 | 12/16/19 | 12/16/19 | O'Brien; Hedrick, Hinratty |
| 152 | TIII intercepted picture Product ID 548846 | 12/16/19 | 12/16/19 | Hedrick, Hinratty |
| 153 | TIII intercepted communication Product ID 497309 | 12/16/19 | 12/16/19 | Hedrick |
| 154 | TIII intercepted communication Product ID 497328 | 12/16/19 | 12/16/19 | Hedrick |
| 154a | Combined translation of Gov. Exhibits 153-154 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 155 | TIII intercepted picture Product ID 497314 | 12/16/19 | 12/16/19 | Hedrick |
| 156 | TIII intercepted communication Product ID 970258 | 12/16/19 | 12/16/19 | Hedrick |
| 156a | Translation of TIII intercepted communication Product ID 970258 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 157 | TIII intercepted communication Product ID 1178735 | 12/16/19 | 12/16/19 | Hedrick |
| 158 | TIII intercepted communication Product ID 1196606 | 12/16/19 | 12/16/19 | Hedrick |
| 158a | Combined translation of Gov. Exhibits 157-158 | 12/16/19 | 12/16/19 | O'Brien; Hedrick, Hinratty |
| 159 | TIII intercepted communication Product ID 3176264 | 12/16/19 | 12/16/19 | Hedrick |
| 160 | TIII intercepted communication Product ID 3190077 | 12/16/19 | 12/16/19 | Hedrick |
| 160a | Combined translation of Gov. Exhibits 159-160 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 161 | TIII intercepted communication Product ID 1182823 | 12/16/19 | 12/16/19 | Hedrick |
| 161a | Translation of TIII intercepted communication Product ID 1182823 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 162 | TIII intercepted picture Product ID 1079361 | 12/16/19 | 12/16/19 | Hedrick |
| 163 | TIII intercepted picture Product ID 1030426 | 12/16/19 | 12/16/19 | Hedrick |
| 164 | TIII intercepted communication Product ID 1219852 | 12/16/19 | 12/16/19 | Hedrick |
| 165 | TIII intercepted communication Product ID 1219855 | 12/16/19 | 12/16/19 | Hedrick |
| 166 | TIII intercepted communication Product ID 1219857 | 12/16/19 | 12/16/19 | Hedrick |
| 166a | Combined translation of Gov. Exhibits 164-166 | 12/16/19 | 12/16/19 | O'Brien, Hedrick; Hinratty |
| 167 | TIII intercepted communication Product ID 1604783 | 12/16/19 | 12/16/19 | Hedrick |
| 167a | Translation of TIII intercepted communication Product ID 1604783 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 168 | TIII intercepted communication Product ID 1203331 | 12/16/19 | 12/16/19 | Hedrick |
| 169 | TIII intercepted communication Product ID 1203332 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 169a | Combined translation of Gov. Exhibits 168-169 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 170 | TIII intercepted communication Product ID 529804 | 12/16/19 | 12/16/19 | Hedrick |
| 171 | TIII intercepted communication Product ID 534956 | 12/16/19 | 12/16/19 | Hedrick |
| 172 | TIII intercepted communication Product ID 535021 | 12/16/19 | 12/16/19 | Hedrick |
| 172a | Combined translation of Gov. Exhibits 170-172 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 173 | TIII intercepted picture Product ID 529808 | 12/16/19 | 12/16/19 | Hedrick |
| 174 | TIII intercepted picture Product ID 529810 | 12/16/19 | 12/16/19 | Hedrick |
| 175 | TIII intercepted picture Product ID 529812 | 12/16/19 | 12/16/19 | Hedrick |
| 176 | TIII intercepted picture Product ID 529814 | 12/16/19 | 12/16/19 | Hedrick |
| 177 | TIII intercepted picture Product ID 1617092 | 12/16/19 | 12/16/19 | Hedrick |
| 178 | TIII intercepted picture Product ID 1617094 | 12/16/19 | 12/16/19 | Hedrick |
| 179 | TIII intercepted picture Product ID 1617096 | 12/16/19 | 12/16/19 | Hedrick |
| 180 | TIII intercepted communication Product ID 592101 | 12/16/19 | 12/16/19 | Hedrick |
| 180a | Translation of TIII intercepted communication Product ID 592101 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 181 | TIII intercepted communication Product ID 1522405 | 12/16/19 | 12/16/19 | Hedrick |
| 181a | Translation of TIII intercepted communication Product ID 1522405 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 182 | TIII intercepted communication Product ID 1176269 | 12/16/19 | 12/16/19 | Hedrick |
| 182a | Translation of TIII intercepted communication Product ID 1176269 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 183 | TIII intercepted communication Product ID 661543 | 12/16/19 | 12/16/19 | Hedrick |
| 183a | Translation of TIII intercepted communication Product ID 661543 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 184 | TIII intercepted communication Product ID 1070206 | 12/16/19 | 12/16/19 | Hedrick |
| 185 | TIII intercepted communication Product ID 1070223 | 12/16/19 | 12/16/19 | Hedrick |
| 185a | Combined translation of Gov. Exhibits 184-185 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 186 | TIII intercepted communication Product ID 1156423 | 12/16/19 | 12/16/19 | Hedrick |
| 186a | Translation of TIII intercepted communication Product ID 1156423 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 187 | TIII intercepted communication Product ID 1137357 | 12/16/19 | 12/16/19 | Hedrick |
| 187a | Translation of TIII intercepted communication Product ID 1137357 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 188 | TIII intercepted communication Product ID 594526 | 12/16/19 | 12/16/19 | Hedrick |
| 188a | Translation of TIII intercepted communication Product ID 594526 | 12/16/19 | 12/16/19 | O'Brien Hedrick; Hinratty |
| 189 | TIII intercepted communication Product ID 2956815 | 12/16/19 | 12/16/19 | Hedrick |
| 190 | TIII intercepted communication Product ID 2957032 | 12/16/19 | 12/16/19 | Hedrick |
| 191 | TIII intercepted communication Product ID 2957105 | 12/16/19 | 12/16/19 | Hedrick |
| 191a | Combined translation of Gov. Exhibits 189-191 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 192 | TIII intercepted communication Product ID 1171705 | 12/16/19 | 12/16/19 | Hedrick |
| 193 | TIII intercepted communication Product ID 1171729 | 12/16/19 | 12/16/19 | Hedrick |
| 193a | Combined translation of Gov. Exhibits 192-193 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 194 | TIII intercepted picture Product ID 1172204 | 12/16/19 | 12/16/19 | Hedrick |
| 195 | TIII intercepted picture Product ID 1172208 | 12/16/19 | 12/16/19 | Hedrick |
| 196 | TIII intercepted communication Product ID 243535 | 12/16/19 | 12/16/19 | Hedrick |
| 197 | TIII intercepted communication Product ID 243540 | 12/16/19 | 12/16/19 | Hedrick |
| 197a | Combined translation of Gov. Exhibits 196-197 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 198 | TIII intercepted communication Product ID 1131829 | 12/16/19 | 12/16/19 | Hedrick |
| 198a | Translation of TIII intercepted communication Product ID 1131829 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 199 | TIII intercepted communication Product ID 1935303 | 12/16/19 | 12/16/19 | Hedrick |
| 200 | TIII intercepted communication Product ID 1947418 | 12/16/19 | 12/16/19 | Hedrick |
| 200a | Combined translation of Gov. Exhibits 199-200 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 201 | TIII intercepted communication Product ID 1468643 | 12/16/19 | 12/16/19 | Hedrick |
| 202 | TIII intercepted communication Product ID 1468644 | 12/16/19 | 12/16/19 | Hedrick |
| 203 | TIII intercepted communication Product ID 1468751 | 12/16/19 | 12/16/19 | Hedrick |
| 204 | TIII intercepted communication Product ID 1468752 | 12/16/19 | 12/16/19 | Hedrick |
| 205 | TIII intercepted communication Product ID 1469075 | 12/16/19 | 12/16/19 | Hedrick |
| 206 | TIII intercepted communication Product ID 1469130 | 12/16/19 | 12/16/19 | Hedrick |
| 207 | TIII intercepted communication Product ID 1469190 | 12/16/19 | 12/16/19 | Hedrick |
| 208 | TIII intercepted communication Product ID 1469859 | 12/16/19 | 12/16/19 | Hedrick |
| 208a | Combined translation of Gov. Exhibits 201-208 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Hinratty |
| 209 | TIII intercepted communication Product ID 963180 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
| --- | --- | --- | --- | --- |
| 209a | Translation of TIII intercepted communication Product ID 963180 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 210 | TIII intercepted communication Product ID 399984 | 12/16/19 | 12/16/19 | Hedrick |
| 210a | Translation of TIII intercepted communication Product ID 399984 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 211 | TIII intercepted communication Product ID 818606 | 12/16/19 | 12/16/19 | Hedrick |
| 211a | Translation of TIII intercepted communication Product ID 818606 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 212 | TIII intercepted communication Product ID 940595 | 12/16/19 | 12/16/19 | Hedrick |
| 213 | TIII intercepted communication Product ID 940641 | 12/16/19 | 12/16/19 | Hedrick |
| 213a | Combined translation of Gov. Exhibits 212-213 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 214 | TIII intercepted communication Product ID 892229 | 12/16/19 | 12/16/19 | Hedrick |
| 215 | TIII intercepted communication Product ID 892559 | 12/16/19 | 12/16/19 | Hedrick |
| 216 | TIII intercepted communication Product ID 892611 | 12/16/19 | 12/16/19 | Hedrick |
| 217 | TIII intercepted communication Product ID 892758 | 12/16/19 | 12/16/19 | Hedrick |
| 218 | TIII intercepted communication Product ID 897543 | 12/16/19 | 12/16/19 | Hedrick |
| 219 | TIII intercepted communication Product ID 897598 | 12/16/19 | 12/16/19 | Hedrick |
| 220 | TIII intercepted communication Product ID 897706 | 12/16/19 | 12/16/19 | Hedrick |
| 221 | TIII intercepted communication Product ID 944903 | 12/16/19 | 12/16/19 | Hedrick |
| 222 | TIII intercepted communication Product ID 944916 | 12/16/19 | 12/16/19 | Hedrick |
| 223 | TIII intercepted communication Product ID 945134 | 12/16/19 | 12/16/19 | Hedrick |
| 224 | TIII intercepted communication Product ID 945213 | 12/16/19 | 12/16/19 | Hedrick |
| 225 | TIII intercepted communication Product ID 945439 | 12/16/19 | 12/16/19 | Hedrick |
| 226 | TIII intercepted communication Product ID 945634 | 12/16/19 | 12/16/19 | Hedrick |
| 227 | TIII intercepted communication Product ID 945679 | 12/16/19 | 12/16/19 | Hedrick |
| 228 | TIII intercepted communication Product ID 945929 | 12/16/19 | 12/16/19 | Hedrick |
| 229 | TIII intercepted communication Product ID 946014 | 12/16/19 | 12/16/19 | Hedrick |
| 230 | TIII intercepted communication Product ID 951096 | 12/16/19 | 12/16/19 | Hedrick |
| 231 | TIII intercepted communication Product ID 951277 | 12/16/19 | 12/16/19 | Hedrick |
| 232 | TIII intercepted communication Product ID 951322 | 12/16/19 | 12/16/19 | Hedrick |
| 233 | TIII intercepted communication Product ID 1003625 | 12/16/19 | 12/16/19 | Hedrick |
| 234 | TIII intercepted communication Product ID 1008353 | 12/16/19 | 12/16/19 | Hedrick |
| 235 | TIII intercepted communication Product ID 1010261 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 236 | TIII intercepted communication Product ID 1010279 | 12/16/19 | 12/16/19 | Hedrick |
| 237 | TIII intercepted communication Product ID 1010489 | 12/16/19 | 12/16/19 | Hedrick |
| 238 | TIII intercepted communication Product ID 1010506 | 12/16/19 | 12/16/19 | Hedrick |
| 239 | TIII intercepted communication Product ID 1010533 | 12/16/19 | 12/16/19 | Hedrick |
| 240 | TIII intercepted communication Product ID 1010547 | 12/16/19 | 12/16/19 | Hedrick |
| 241 | TIII intercepted communication Product ID 1010574 | 12/16/19 | 12/16/19 | Hedrick |
| 242 | TIII intercepted communication Product ID 1010702 | 12/16/19 | 12/16/19 | Hedrick |
| 243 | TIII intercepted communication Product ID 1010726 | 12/16/19 | 12/16/19 | Hedrick |
| 244 | TIII intercepted communication Product ID 1010799 | 12/16/19 | 12/16/19 | Hedrick |
| 245 | TIII intercepted communication Product ID 1013928 | 12/16/19 | 12/16/19 | Hedrick |
| 246 | TIII intercepted communication Product ID 1013929 | 12/16/19 | 12/16/19 | Hedrick |
| 246a | Combined translation of Gov. Exhibits 214-246 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 247 | TIII intercepted communication Product ID 1054135 | 12/16/19 | 12/16/19 | Hedrick |
| 248 | TIII intercepted communication Product ID 1054203 | 12/16/19 | 12/16/19 | Hedrick |
| 249 | TIII intercepted communication Product ID 1054506 | 12/16/19 | 12/16/19 | Hedrick |
| 250 | TIII intercepted communication Product ID 1054516 | 12/16/19 | 12/16/19 | Hedrick |
| 250a | Combined translation of Gov. Exhibits 247-250 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 251 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – horizontal shot of 20 bundles on floor | 12/13/19 | 12/13/19 | Daugherty |
| 252 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – vertical shot of 20 bundles next to black duffle bag and keys | 12/13/19 | 12/13/19 | Daugherty |
| 253 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – bundles and orange plastic bag inside of black duffle bag | 12/13/19 | 12/13/19 | Daugherty |
| 254 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – close-up of bundles and orange plastic bag inside of black duffle bag | 12/13/19 | 12/13/19 | Daugherty |
| 255 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – bundles on scale showing | 12/13/19 | 12/13/19 | Daugherty |
| 256 | Picture from 20lb seizure of methamphetamine in Jackson, Mississippi – bundles on scale showing 10:122 | 12/13/19 | 12/13/19 | Daugherty |
| 257 | Seized methamphetamine (20lbs) | 12/13/19 | 12/13/19 | Daugherty; Larick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 258 | TIII intercepted communication Product ID 268755 | 12/16/19 | 12/16/19 | Hedrick |
| 259 | TIII intercepted communication Product ID 320032 | 12/16/19 | 12/16/19 | Hedrick |
| 260 | TIII intercepted communication Product ID 320478 | 12/16/19 | 12/16/19 | Hedrick |
| 261 | TIII intercepted communication Product ID 401808 | 12/16/19 | 12/16/19 | Hedrick |
| 261a | Combined Translation of Gov. Exhibits 258-261 | 12/16/19 | 12/16/19 | O'Brien; Hedrick; Cabrera |
| ~~262~~ | ~~Intentionally Left Blank~~ | | | |
| ~~263~~ | ~~Intentionally Left Blank~~ | | | |
| ~~264~~ | ~~Intentionally Left Blank~~ | | | |
| ~~265~~ | ~~Intentionally Left Blank~~ | | | |
| ~~266~~ | ~~Intentionally Left Blank~~ | | | |
| ~~267~~ | ~~Intentionally Left Blank~~ | | | |
| ~~268~~ | ~~Intentionally Left Blank~~ | | | |
| ~~269~~ | ~~Intentionally Left Blank~~ | | | |
| ~~270~~ | ~~Intentionally Left Blank~~ | | | |
| ~~271~~ | ~~Intentionally Left Blank~~ | | | |
| ~~272~~ | ~~Intentionally Left Blank~~ | | | |
| 273 | Consensually recorded phone call with Gov. witness 3 on October 24, 2016 | 12/17/19 | 12/17/19 | Cabrera |
| 273a | Transcript of consensually recorded phone call with Gov. witness 3 on October 24, 2016 | 12/16/19 | 12/16/19 | O'Brien; Cabrera |
| 274 | Consensually recorded conversation on October 26, 2016 [CCR_0003, 4, 5, 6, 7] | 12/17/19 | 12/171/19 | Cabrera |
| 274a | Transcript of consensually recorded conversation on October 26, 2016 [CCR_0003, 4, 5, 6, 7] | 12/16/19 | 12/16/19 | O'Brien; Cabrera |
| ~~275~~ | ~~Consensually recorded phone call with Gov. witness 3 on February 3, 2017~~ | Not admitted | | |
| ~~275a~~ | ~~Transcript of consensually recorded conversation with Gov. witness 3 on February 3, 2017~~ Withdrawn | ~~12/16/19~~ | ~~12/16/19~~ | ~~O'Brien~~ |
| ~~276~~ | ~~CD with TIII intercepted communications~~ Withdrawn | ~~12/13/19~~ | ~~12/13/19~~ | ~~Concolino~~ |
| ~~276a~~ | ~~CD with Translations of TIII intercepted communications~~ Withdrawn | | | |
| 277 | TIII intercepted communication Product ID 1225277 | 12/16/19 | 12/16/19 | Hedrick |
| 277a | Translation of TIII intercepted communication Product ID 1225277 | 12/12/19 | 12/12/19 | Febela Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 278 | TIII intercepted communication Product ID 1182776 | 12/16/19 | 12/16/19 | Hedrick |
| 278a | Translation of TIII intercepted communication Product ID 1182776 | 12/12/19 | 12/12/19 | Febela Hedrick |
| 279 | TIII intercepted communication Product ID 1215335 | 12/16/19 | 12/16/19 | Hedrick |
| 279a | Translation of TIII intercepted communication Product ID 1215335 | 12/12/19 | 12/12/19 | Fabela Hedrick |
| 280 | TIII intercepted communication Product ID 1210335 | 12/16/19 | 12/16/19 | Hedrick |
| 280a | Translation of TIII intercepted communication Product ID 1210335 | 12/12/19 | 12/12/19 | Fabela Hedrick |
| 281 | TIII intercepted communication Product ID 1182821 | 12/16/19 | 12/16/19 | Hedrick |
| 281a | Translation of TIII intercepted communication Product ID 1182821 | 12/12/19 | 12/12/19 | Fabela Hedrick |
| 282 | TIII intercepted communication Product ID 1199975 | 12/16/19 | 12/16/19 | Hedrick |
| 282a | Translation of TIII intercepted communication Product ID 1199975 | 12/12/19 | 12/12/19 | Febela Hedrick |
| 283 | TIII intercepted communication Product ID 1211994 | 12/16/19 | 12/16/19 | Hedrick |
| 284 | TIII intercepted communication Product ID 1212207 | 12/16/19 | 12/16/19 | Hedrick |
| 284a | Combined translation of Gov. Exhibits 283-284 | 12/12/19 | 12/12/19 | Febela |
| 285 | TIII intercepted communication Product ID 1178571 | 12/16/19 | 12/16/19 | Hedrick |
| 285a | Translation of TIII intercepted communication Product ID 1178571 | 12/12/19 | 12/12/19 | Fabela Hedrick |
| 286 | TIII intercepted communication Product ID 1502206 | 12/16/19 | 12/16/19 | Hedrick |
| 286a | Translation of TIII intercepted communication Product ID 1502206 | 12/12/19 | 12/12/19 | Fabela Hedrick |
| 287 | TIII intercepted communication Product ID 1038799 | 12/16/19 | 12/16/19 | Hedrick |
| 288 | TIII intercepted communication Product ID 1038842 | 12/16/19 | 12/16/19 | Hedrick |
| 288a | Combined translation of Gov. Exhibits 287-288 | 12/12/19 | 12/12/19 | Fabela; Hedrick |
| 289 | CD - Microsoft Email | 12/12/19 | | Homer; Hedrick |
| 290 | TIII intercepted picture from plane crash dated August 28, 2013 | 12/16/19 | 12/16/19 | Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 291 | Email from rupertdlc@gmail.com dated December 19, 2014 | 12/16/19 | 12/16/19 | Rupert De Las Casas |
| 292 | Email from rupertdlc@gmail.com dated December 21, 2014 | 12/16/19 | 12/16/19 | Rupert De Las Casas |
| 293 | Email from rupertdlc@gmail.com dated December 21, 2014 | 12/16/19 | 12/16/19 | Rupert De Las Casas |
| 294 | TIII intercepted communication Product ID 266821 | 12/16/19 | 12/16/19 | Hedrick |
| 295 | TIII intercepted communication Product ID 266851 | 12/16/19 | 12/16/19 | Hedrick |
| 296 | TIII intercepted communication Product ID 266943 | 12/16/19 | 12/16/19 | Hedrick |
| 297 | TIII intercepted communication Product ID 268267 | 12/16/19 | 12/16/19 | Hedrick |
| 297a | Combined translation of Gov. Exhibits 294-297 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 298 | TIII intercepted communication Product ID 268303 | 12/16/19 | 12/16/19 | Hedrick |
| 298a | Translation of intercepted communication Product ID 268303 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 299 | TIII intercepted picture Product ID 268073 | 12/16/19 | 12/16/19 | Hedrick |
| 300 | TIII intercepted picture Product ID 268074 | 12/16/19 | 12/16/19 | Hedrick |
| 301 | TIII intercepted picture Product ID 269208 | 12/16/19 | 12/16/19 | Hedrick |
| 301a | Translation of intercepted picture Product ID 269208 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 302 | TIII intercepted communication Product ID 304773 | 12/16/19 | 12/16/19 | Hedrick |
| 302a | Translation of intercepted communication Product ID 304773 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 303 | TIII intercepted communication Product ID 305824 | 12/16/19 | 12/16/19 | Hedrick |
| 304 | TIII intercepted communication Product ID 305839 | 12/16/19 | 12/16/19 | Hedrick |
| 304a | Combined translation of Gov. Exhibits 303-304 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 305 | TIII intercepted communication Product ID 305838 | 12/16/19 | 12/16/19 | Hedrick |
| 306 | TIII intercepted communication Product ID 305848 | 12/16/19 | 12/16/19 | Hedrick |
| 306a | Combined translation of Gov. Exhibits 305-306 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 307 | TIII intercepted communication Product ID 305853 | 12/16/19 | 12/16/19 | Hedrick |
| 308 | TIII intercepted communication Product ID 317729 | 12/16/19 | 12/16/19 | Hedrick |
| 309 | TIII intercepted communication Product ID 317750 | 12/16/19 | 12/16/19 | Hedrick |
| 310 | TIII intercepted communication Product ID 318994 | 12/16/19 | 12/16/19 | Hedrick |
| 311 | TIII intercepted communication Product ID 319012 | 12/16/19 | 12/16/19 | Hedrick |
| 311a | Combined translation of Gov. Exhibits 307-311 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |

| Exhibit Number | Description of Exhibits | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
| 312 | TIII intercepted communication Product ID 333119 | 12/16/19 | 12/16/19 | Hedrick |
| 313 | TIII intercepted communication Product ID 334105 | 12/16/19 | 12/16/19 | Hedrick |
| 314 | TIII intercepted communication Product ID 334306 | 12/16/19 | 12/16/19 | Hedrick |
| 314a | Combined translation of Gov. Exhibits 312-314 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| 315 | TIII intercepted communications Product IDs 317874 & 318044 | 12/16/19 | 12/16/19 | Hedrick |
| 315a | Translation of intercepted communications Product IDs 317874 & 318044 | 12/16/19 | 12/16/19 | O'Brien Hedrick |
| 316 | TIII intercepted communication Product ID 788208 | 12/16/19 | 12/16/19 | Hedrick |
| 317 | TIII intercepted communication Product ID 788319 | 12/16/19 | 12/16/19 | Hedrick |
| 317a | Combined translation of Gov. Exhibits 316-317 | 12/16/19 | 12/16/19 | O'Brien; Hedrick |
| | | | | |
| 991 | Map (DEMONSTRATIVE) | ------------- | ------------- | ------------- |
| 992 | Map (DEMONSTRATIVE) | ------------- | ------------- | ------------- |
| 993 | Message From Devices (DEMONSTRATIVE) | ------------- | ------------- | ------------- |
| | | | | |