UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
v.                         :   CRIMINAL NO. 16-354 (KBJ)
                           :
LUZ IRENE FAJARDO CAMPOS,  :
                           :
Defendant.                 :

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**Count One, as to Luz Irene Fajardo Campos:**

A. Conspiracy to distribute cocaine, intending or knowing that it would be imported into the United States.

        Guilty: __X__        Not Guilty: _____

Amount of Cocaine

    If you found Luz Irene Fajardo Campos guilty of conspiracy to distribute cocaine, then you must indicate the amount of cocaine for which Luz Irene Fajardo Campos was responsible, or which Luz Irene Fajardo Campos knew or reasonably could have foreseen would be distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

__X__ 5 kilograms or more of cocaine; or

_____ 500 grams or more but less than 5 kilograms of cocaine; or

_____ less than 500 grams of cocaine.

B. Conspiracy to distribute and/or manufacture methamphetamine, intending or knowing that it would be imported into the United States.

Guilty: __X__        Not Guilty: _____

Amount of Methamphetamine

If you found Luz Irene Fajardo Campos guilty of conspiracy to distribute and/or manufacture methamphetamine, then you must indicate the amount of methamphetamine for which Luz Irene Fajardo Campos was responsible, or which Luz Irene Fajardo Campos knew or reasonably could have foreseen would be distributed and/or manufactured by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

__X__ 500 grams or more of methamphetamine; or

_____ 50 grams or more but less than 500 grams of methamphetamine.

12\18\2019
Date

_____
FOREPERSON