# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 16-154 (KBJ)** |
| | ) | |
| v. | ) | |
| | ) | |
| **LUZ IRENE FAJARDO CAMPOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S NOTICE OF DEMONSTRATIVE PRESENTATIONS DISPLAYED DURING CLOSING ARGUMENT AND REBUTTAL

During the trial in the above captioned case, the government displayed a presentation during its closing argument and during its rebuttal argument. Following the trial, the Court requested the government supplement the record by filing the presentations on the public docket. Accordingly, the government's closing argument presentation is attached as Attachment 1 and the government's rebuttal argument presentation is attached as Attachment 2.

Respectfully Submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   */s/   Cole Radovich*
Cole Radovich
Kaitlin Sahni
Anthony Aminoff
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division,
United States Department of Justice
Washington, D.C. 20530
Tel: 202-514-0917

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 23rd day of December 2019.

By:     */s/   Cole Radovich*
           Cole Radovich
           Trial Attorney
           Narcotic and Dangerous Drug Section
           Criminal Division,
           United States Department of Justice