UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL CASE NO: 16-154 (KBJ)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LUZ IRENE FAJARDO CAMPOS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO RESCHEDULE THE DATE FOR SENTENCING**

The United States of America, by and through counsel, respectfully requests the Court to reschedule the date for sentencing due to the unavailability of lead government counsel. On April 30, 2020, the parties filed a joint motion to continue the sentencing hearing which was set for May 14, 2020. On May 5, 2020, the Court entered a Minute Order, continuing the sentencing hearing to July 14, 2020. Lead government counsel has a sentencing hearing in another matter in the District of Nevada on July 14, 2020, and thus is unavailable to attend the sentencing hearing in the above captioned case.

//

//

//

//

1

Accordingly, the government respectfully requests the Court reschedule the sentencing hearing between July 20-31, or a date in August.  On May 5, 2020, the undersigned counsel for the government spoke with counsel for the defendant, who indicated he does not oppose this motion.

                Respectfully Submitted,

                MARLON COBAR, Acting Chief
                Narcotic and Dangerous Drug Section
                Criminal Division
                United States Department of Justice

By:   */s/ Cole Radovich*
        Cole Radovich
        Kaitlin Sahni
        Anthony Aminoff
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20530
        Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 6th day of May 2020.

                                              */s/ Cole Radovich*
                                              Cole Radovich
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              U.S. Department of Justice