# Exhibit 1

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 1 of 6*



Verify at www.atanet.org/verify

**Translation of BlackBerry Messenger Chat between "Jenca" and "Pak-Man"**

| | SENDER DATE/TIME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| | *Exhibit 201. TIII intercepted communication Product ID 1468643* | | |
| 1. | **Jenca (2add6eda)** Tue, 27 Aug 2013 16:59:30 | Se mato Esteban hijo, ayer, lo traiamos perdido y hoy encontraron el avion | Esteban died son, yesterday, we had lost him and today they found the plane |
| 2. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:00:32 | Que esteban madre | Esteban who mother |
| 3. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:03:12 | Al ke me recomento el Carlos | The one Carlos recommended to me |
| 4. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:03:46 | Y que mala onda estaba trabajando con usted pobre amigo | That sucks was he working with you poor dude |
| 5. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:05:50 | ? | ? |
| | *Exhibit 202. TIII intercepted communication Product ID 1468644* | | |
| 6. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:07:43 | Se estrello el avion | The plane crashed |
| 7. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:08:21 | Pero aterrizandoi saliendo en ruta | But landing taking off en route |

GOVERNMENT
EXHIBIT
**208a**
16-154 (KBJ)

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 2 of 6*

| 8. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:12:06 | Traia trabajo madre | Was it bringing work mother |
|---|---|---|---|
| | *Exhibit 203. TIII intercepted communication Product ID 1468751* | | |
| 9. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:26:38 | Si, 500 kg y se paso de donde iva a aterrizar | Yes, 500 kg and he went past where he was going to land |
| 10. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:33:11 | No puedes conseguir los telefonos de su fam? | Can you get his fam's telephone numbers? |
| 11. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:35:01 | No madre ya ve que carlos tambien fallecio y usted como esta traia responsabilidad ahi | No mother don't you know that carlos died too and how are you did you have responsibility there |
| 12. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:35:51 | Contra esos detalles no se cubre responsabilidad hijo, ntp. Todo esta bien | With those details there's no liability son, don't worry. Everything is fine |
| | *Exhibit 204. TIII intercepted communication Product ID 1468752* | | |
| 13. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:40:07 | A ok es lo que estaba haciendo con el lic o aparte | Oh ok is this what you were doing with el lic or something else |
| 14. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:40:28 | Aparte | Something else |
| 15. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:40:38 | Al lic lo estoy esperando | I'm waiting on el lic |
| 16. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:40:47 | Con su proyecto | With his project |

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 3 of 6*

| | | | |
|---|---|---|---|
| 17. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 17:40:50 | A orale oiga que aguite con su famuilia la v dd | Oh okay hey how awful for his family truly |
| 18. | **Jenca (2add6eda)** Tue, 27 Aug 2013 17:41:18 | Si, la verdad | Yes, truly |
| | *Exhibit 205. TIII intercepted communication Product ID 1469075* | | |
| 19. | **Jenca (2add6eda)** Tue, 27 Aug 2013 20:58:44 | Oye hijo, kien te presento a carlos? | Hey son, who introduced you to carlos? |
| 20. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 21:00:22 | Uno de agua prieta se llama rogelkio | A guy from agua prieta called rogelkio |
| 21. | **Jenca (2add6eda)** Tue, 27 Aug 2013 21:00:35 | Cuando le dije lo de carlos me pregunto.. El grande? Ke pena | When I told him about carlos he asked: The big guy? What a shame |
| 22. | **Jenca (2add6eda)** Tue, 27 Aug 2013 21:00:58 | Y pues kisiera saber kien era el grande, pregunto k si fumigando | And well I'd like to know who the big guy was, he asked if he was fumigating |
| 23. | **Jenca (2add6eda)** Tue, 27 Aug 2013 21:01:08 | Le dije no trabajando | I told him no working |
| | *Exhibit 206. TIII intercepted communication Product ID 1469130* | | |
| 24. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 21:30:26 | Ocupa otro piloto madre | You need another pilot mother |
| 25. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 21:32:26 | No se quien es el grande | I don't know who the big guy is |

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 4 of 6*

| | | Exhibit 207. TIII intercepted communication Product ID 1469190 | |
|---|---|---|---|
| 26. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:06:19 | Oiga madre y ya encontraron el cuerpo | Hey mother did they find the body yet |
| 27. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:07:24 | Si | Yes |
| 28. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:07:28 | Te mande la foto | I sent you the pic |
| 29. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:07:37 | Y la tengo en mi perfil | And I have it in my profile |
| 30. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:08:03 | A ok por eso le dije por que estaba entero el avion | Oh okay that's why I asked you because the plane was intact |
| 31. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:13:51 | Y la merca madre la rescato | And the merch mother did you recover it |
| 32. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:14:27 | Pos arrebataron, ya viste a la genteX_X | Well they grabbed it, you saw the people X_X |
| 33. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:14:50 | Si me imagino | Yeah I can imagine |
| 34. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:15:47 | :&amp; | :&amp; |

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 5 of 6*

| 35. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:16:19 | En que parte fue | Where was it |
|---|---|---|---|
| 36. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:16:50 | Honduras | Honduras |
| 37. | **Jenca (2add6eda)** Tue, 27 Aug 2013 22:16:58 | Sn pedro sula | Sn pedro sula |
| 38. | **Pak-Man (2A5C483D)** Tue, 27 Aug 2013 22:17:10 | Orale | Okay |
| | *Exhibit 208. TIII intercepted communication Product ID 1469859* | | |
| 39. | **Pak-Man (2A5C483D)** Wed, 28 Aug 2013 00:47:05 | Madre cheke los numero de pista que le dieron a esteban y rectifique averigue bien que paso no valla ser que haiga una rata por ahÃ¬ y le de numeros mal y nomas lo espera pa rapiÃ  ar | Mother check the runway numbers that they gave esteban and verify find out what really happened let's hope there's not a rat around there who gave him the wrong numbers and then just waits for him to steal it |
| 40. | **Pak-Man (2A5C483D)** Wed, 28 Aug 2013 00:47:20 | Me entiende | You know what I mean |
| 41. | **Jenca (2add6eda)** Wed, 28 Aug 2013 00:48:17 | Ah no hijo, eso no puede ser por ke eso lo hizo el dueÃ  o de la mercancia, y en avion el copiloto era gente de el tmbn, | Oh no son, that can't be because the owner of the merchandise did that, and the co-pilot in the plane was his person too |
| 42. | **Jenca (2add6eda)** Wed, 28 Aug 2013 00:48:22 | Tmbn lo pence | I thought that too |

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 208a. Combined translation of Gov. Exhibits 201-208*
*Page 6 of 6*

| 43. | **Pak-Man (2A5C483D)** <br><br> Wed, 28 Aug 2013 00:49:04 | A ok ojala y recupere de alguna manera siempre el dueÃ±o del rancho sabe todo tengalo presente | Oh ok hopefully you recover somehow the owner of the ranch knows everything keep him in mind |
|---|---|---|---|
| 44. | **Jenca (2add6eda)** <br><br> Wed, 28 Aug 2013 00:50:11 | Si,y tmbn estimaba mucho a Esteban, es el se ganaba a toda la gente y era bien resperuoso | Yes, and he thought highly of Esteban, everyone liked him and he was very respectful |

# Exhibit 2

image\jpeg
2add6eda

2A5C483D

Tue, 27 Aug 2013 22:09:20
..\PIN_2add6eda_im_20130827221806\Hond-estebAn-0.jpg
F2B0BF33D923FFB0A9DBA99B40056397B37045372C71884A7030F8951852963E
Outgoing
..\PIN_2add6eda_im_20130827221806\Hond-estebAn-0.jpg
This image was sent/received via Blackberry Messenger.
image
false



GOVERNMENT
EXHIBIT
**290**
16-154 (KBJ)

# Exhibit 3

```
                    4630afc3-3c3b-11e3-b26d-002264c2487a_hdr
x-store-info:sbevkl2QZR7OXo7WID5ZcdV2tiiWGqTnL8LqRHZDpO1LljV8CY4abg/x/aBZ7kZpOA7dp8
CMP2jBJlGe2j1u8/yJCqK230PpRDa2iNgE1Pw9+RCROH4YPHF7VXyHqufaJTeKBnBcRG4=
Authentication-Results: hotmail.com; spf=pass (sender IP is 65.55.111.97; identity
alignment result is pass and alignment mode is relaxed)
smtp.mailfrom=vulcano_113@hotmail.com; dkim=none (identity alignment result is pass
and alignment mode is relaxed) header.d=hotmail.com; x-hmca=pass
header.id=vulcano_113@hotmail.com
X-SID-PRA: vulcano_113@hotmail.com
X-AUTH-Result: PASS
X-SID-Result: PASS
X-Message-Status: s1:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTA7YT0wO0Q9MTtHRD0xO1NDTD0w
X-Message-Info:
iIOHNJf19ljHGaTN8CSarXol4sQ6eUWUael/Y+iXENdBMiE/IaDv/G/q72s32FyklrjeIq5dSC/zS/oEMX6
YjRTjiSAcPIggHNGkEnFEJbRP9Tcjse+CX+sYBbBycU2iy4YMMOFC8F2YgKiPLyTcqUaQtDhZAS+NQPsdHf
zrikDlP4ZKthZms3TFP4olteLsk35QjVyb7NFvbfCVLkzhFQlRFuCkL4jq
Received: from blu0-omc2-s22.blu0.hotmail.com ([65.55.111.97]) by
SNT0-MC1-F16.Snt0.hotmail.com with Microsoft SMTPSVC(6.0.3790.4900);
         Wed, 23 Oct 2013 16:31:46 -0700
Received: from BLU0-SMTP103 ([65.55.111.72]) by blu0-omc2-s22.blu0.hotmail.com with
Microsoft SMTPSVC(6.0.3790.4675);
         Wed, 23 Oct 2013 16:31:42 -0700
X-Originating-IP: [189.153.31.50]
X-Originating-Email: [vulcano_113@hotmail.com]
Message-ID: <BLU0-SMTP1031B10BF5E365788FC9714CF030@phx.gbl>
Return-Path: vulcano_113@hotmail.com
Received: from [192.168.1.178] ([189.153.31.50]) by BLU0-SMTP103.phx.gbl over TLS
secured channel with Microsoft SMTPSVC(6.0.3790.4675);
         Wed, 23 Oct 2013 16:29:25 -0700
From: "vulcano_113@hotmail.com" <vulcano_113@hotmail.com>
To: lulab69@hotmail.com
Date: Wed, 23 Oct 2013 18:29:24 -0500
X-Mailer: Motorola android mail 1.0
MIME-Version: 1.0
Subject: Rev: RV: 240 Tambos Productos Industriales SAAR, S.A. de C.V.       Parte
I
X-Priority: 3
References: <009401cecb6b$c1f681a0$45e384e0$@com.mx>
Content-Type: multipart/related; boundary="Motorola-A-Mail-bBWP3Fsh4re-FOn8"
X-OriginalArrivalTime: 23 Oct 2013 23:29:25.0290 (UTC) FILETIME=[B5DF78A0:01CED047]
```

GOVERNMENT
EXHIBIT
**37**
16-154 (KBJ)

*Conectado por MOTOBLUR™*


-----Mensaje original-----

**De:** Silvia Cantu Garza <silvia_cantu@saar.com.mx>
**Para:** 'victor manuel prado ramirez ' <vulcano_113@hotmail.com>
**Enviado:** jueves 17 de octubre de 2013 14:04:51 CDT
**Asunto:** RV: 240 Tambos Productos Industriales SAAR, S.A. de C.V. Parte I


**De:** José Florencia Medellín [mailto:jose.florencia@sat.gob.mx]
**Enviado el:** jueves, 10 de octubre de 2013 07:14 p.m.
**Para:** silvia_cantu@saar.com.mx
**CC:** Baruc de la Fuente Lozada; Francisco Javier Córdoba Cruz; Elsa Díaz Rivera
**Asunto:** 240 Tambos Productos Industriales SAAR, S.A. de C.V. Parte I

Buenas noches Lic. Silvia, por este conducto le remito reporte fotográfico del estado que guardan actualmente los tambos, que contienen Monometilamina.

Saludos.

**Lic. José Florencia Medellín.**
Subadministrador de Tramites y Asuntos Legales
AGA / Aduana de Altamira / Subadministración de Trámites y Asuntos Legales.
Tel: 78869 (RDI)

http://99.95.140.224/com_interna/correos/LinGraficos/documentos/descargas/firma-mail/FirmaCorreo.jpg

http://99.95.140.224/com_interna/correos/LinGraficos/documentos/descargas/firma-mail/firmaverde.jpg









# MONOMETHYLAMINE 40% LIQUID

**LIQUID**          **UN NO:1235**

**CASNO:74-89-5**     **EC NO:200-820-0**



**CORROSIVE**

**8**

**FLAMMABLE LIQUID**

**3**

R 11, R20/22, R34

S1/2, S3, S16, S26, S29, S36/37/39, S45

Only for use by professionals (RL 76/769/EEC)

Seulement à l'usage par des professionnels (RL 76/769/EEC)

Nur zur Verwendung durch Fachkräfte (RL 76/769/EEC)

Unicamente ad uso di utilizzatori professionali (RL 76/769/EEC)

Solamente para uso por de professionales (RL 76/769/EEC)

LOT NO:   2010/03/03/T-L.05-L.8

NET: 170 KG          GROSS: 188 KG

**English**
Highly flammable. Harmful by inhalation and if swallowed. Causes burns. Keep locked up and out of the reach of children. Keep in a cool place. Keep away from sources of ignition. No smoking. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. Do not empty into drains. Wear suitable protective clothing, gloves and eye/face protection. In case of accident or if you feel unwell, seek medical advice immediately (show the label where possible). Hazard symbol: „F" Highly flammable, „C" Corrosive

**French**
Facilement inflammable. Nocif par inhalation et par ingestion. Provoque des brûlures. Conserver sous clef et hors de portée des enfants. Conserver dans un endroit frais. Conserver à l'écart de toute flamme ou source d'étincelles. Ne pas fumer. En cas de contact avec les yeux, laver immédiatement et abondamment avec de l'eau et consulter un spécialiste. Ne pas jeter les résidus à l'égout. Porter un vêtement de protection approprié, des gants et un appareil de protection des yeux/du visage. En cas d'accident ou de malaise, consulter immédiatement un médecin (si possible, lui montrer l'étiquette). Symbole de danger: „F" Facilement inflammable, „C" Corrosif

**German**
Leichtentzündlich. Gesundheitsschädlich beim Einatmen und Verschlucken. Verursacht Verätzungen. Unter Verschluss und für Kinder unzugänglich aufbewahren. Kühl aufbewahren. Von Zündquellen fernhalten. Nicht rauchen. Bei Berührung mit den Augen sofort gründlich mit Wasser abspülen und Arzt konsultieren. Nicht in die Kanalisation gelangen lassen. Bei der Arbeit geeignete Schutzkleidung, Schutzhandschuhe und Schutzbrille/Gesichtsschutz tragen. Bei Unfall oder Unwohlsein sofort Arzt ruziehen (wenn möglich, dieses Etikett vorzeigen). Gefahrensymbol: „F" Leichtentzündlich, „C" Ätzend

**Italian**
Facilmente infiammabile. Nocivo per inalazione e ingestione. Provoca ustioni. Conservare sotto chiave e fuori della portata dei bambini. Conservare in luogo fresco. Conservare lontano da fiamme e scintille. Non fumare. In caso di contatto con gli occhi, lavare immediatamente e abbondantemente con acqua e consultare un medico. Non gettare i residui nelle fognature. Usare indumenti protettivi e guanti adatti e proteggersi gli occhi/la faccia. Simbolo di pericolo: „F" Facilmente infiammabile, „C" Corrosivo

**Spanish**
Fácilmente inflamable. Nocivo por inhalación y por ingestión. Provoca quemaduras. Consérvese bajo llave y manténgase fuera del alcance de los niños. Consérvese en lugar fresco. Conservar alejado de toda llama o fuente de chispas . No fumar. En caso de contacto con los ojos, lávense inmediata y abundantemente con agua y acúdase a un médico. No tirar los residuos por el desagüe. Úsense indumentaria y guantes adecuados y protección para los ojos/la cara. En caso de accidente o malestar, acúdase inmediatamente al médico (si es posible, muéstresele la etiqueta). Símbolo de peligro: „F" Fácilmente inflamable, „C" Corrosivo

**AK-KİM KİMYA SANAYİ VE TİCARET A.Ş.**
Süleyman Seba Cad. Acısu Sok. No: 13 Taşlık Apt. 34357 Maçka-İstanbul-Türkiye
TEL: (0.212) 259 31 21 (3 Hat) - (0.212) 259 74 02 (5Hat) Fax: (0.212) 259 32 92
Emergency Call: +90 226 353 36 38
e-mail: akkim@akkim.com.tr   www.akkim.com.tr

**ak-kim**
KİMYA SANAYİ VE TİCARET A.Ş.
İSTANBUL-TÜRKİYE

```
                 313115c4-53dd-11e3-8f4c-78e3b517ce62_hdr
X-Originating-IP: [187.152.104.39]
X-Originating-Email: [lulab69@hotmail.com]
Message-ID: <BLU168-W2462727C4E4F9ABF70F52BB6E30@phx.gbl>
Content-Type: multipart/mixed;
        boundary="_50f1eef3-48e6-4c67-a842-625c516fb374_"
From: lula leon <lulab69@hotmail.com>
To: "humbertoescobar54@hotmail.com" <humbertoescobar54@hotmail.com>
Subject: FW: RV: proforma invoice
Date: Fri, 22 Nov 2013 19:18:49 -0600
Importance: Normal
In-Reply-To: <BLU168-W24B86D51B6A4ADABADA398B6E30@phx.gbl>
References:

<009801ce9dcc$1113c2c0$333b4840$@com.mx>,<BLU170-W3116EC3D62FDB64426C32BCF430@phx.g
bl>,<BLU170-W1006B1F6EA7AE228C19F793CFE00@phx.gbl>,<BLU168-W24B86D51B6A4ADABADA398B
6E30@phx.gbl>
MIME-Version: 1.0
```

**GOVERNMENT EXHIBIT**

**38**

16-154 (KBJ)

From: lulab69@hotmail.com
To: lulab69@hotmail.com
Subject: FW: RV: proforma invoice
Date: Fri, 22 Nov 2013 19:15:58 -0600

Buenas Tardes,
Aqui le mando la factura de los 3 contenedores...

# MATOURE
# GLOBAL TRADING

---

PRODUCTOS INDUSTRIALES SAAR, SA DE C.V.
CIDERURGICA 206 PARQUE INDUSTRIAL
ESCOBEDO, NL.MEXICO 2a  ETAPA CP 66062 APDO
POSTAL 4705 SUC. T.
MEXICO
TEL.0052-8183848385
FAX.0052-8183848385
MOBIL:0052-8117735482

Kornträgergang 19
20355 Hamburg
GERMANY

  ☽  Mobil: +49 (0) 17667380014
☎  Tel: 004940-33310034/35019610
🖷  Fax: 004940-30591844/35019611
🖂  Email: matoure@web.de
🖰  Internet:  www.matoure.com

---

Ihre Zeichen, Ihre Nachricht vom     Unser Zeichen, unsere Nachricht vom     Telefon, Name     Datum22/03/10

## PROFORMA  INVOICE

INVOICE DATE                  : 05.03.2010
INVOICE NUMBER                : 10030502
PURCHASE ORDER NO.            : 1erster
VALIDITY DATE                 : 05.04.2010
SOLT TO - C. NAME             : **MATOURE GLOBAL TRADING**
ADRESS                        : KORNTRÄGERGANG 19
                              : 20355-HAMBURG
                              : GERMANY

SHIP TO THE COMPANY           : **PRODUCTOS 206 PARQUE INDUSTRIAL SAAR DE C.V.**
                              : SIDERURGICA 206 PARQUE INDUSTRIAL ESCOBEDO
2A
                              : ETAPA C.P. 66062 APDO. POSTAL 4705 SUC. T.
                              : MEXICO
FINAL DESTINATION             : ALTAMIRA, MEXICO
FREIGHT                       : COVERED
INSURANCE                     : COVERED
TERMS OF DELIVERY             : CIF
PAYMENT                       :  CASH IN ADVANCE
DESCRIPTION                   : MONOMETHYLAMINE 40% SOLUTION
QUANTITY                      : 40,80/MT
UNIT PRICE                    : € 845,-/MT

## TOTAL                          : €34.476,-EURO

Manuel M.alam Sani Toure
Managing Director

---

**MATOURE GLOBAL TRADING**        **HYPOVEREINSBANK**        **Gerichtsstand**
Kornträgergang 19        IBAN DE50 2003 0000 0000 418 111        Hamburg
20355 Hamburg        SWIFT(BIC) HYVEDEMM 300

# Exhibit 4

*United States v. Luz Irene Fajardo Campos*
*Case No. 1:16-cr-00154*
*Exhibit 151a. Combined translation of Gov. Exhibits 150-151*
*Page 1 of 1*



Verify at www.atanet.org/verify

**Translation of BlackBerry Messenger Chat between "Jenca" and "activo"**

| | SENDER DATE/TIME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| | *Exhibit 150. TIII intercepted communication Product ID 548843* | | |
| 1. | **activo (534f3be8)** Fri, 13 Mar 2015 23:50:34 | Primer cosecha | First harvest |
| 2. | **activo (534f3be8)** Fri, 13 Mar 2015 23:50:39 | Empresas b.b.b | b.b.b enterprises |
| | *Exhibit 151. TIII intercepted communication Product ID 550858* | | |
| 3. | **Jenca (2add6eda)** Sat, 14 Mar 2015 01:19:04 | :O | :O |
| 4. | **Jenca (2add6eda)** Sat, 14 Mar 2015 01:19:12 | Oraleee! | Alright! |
| 5. | **Jenca (2add6eda)** Sat, 14 Mar 2015 01:19:16 | (y) | (y) |

GOVERNMENT
EXHIBIT
**151a**
16-154 (KBJ)

image
534f3be8

2add6eda

Fri, 13 Mar 2015 23:50:30
..\PIN_2add6eda_im_20150314000009\IMG_20150313_165013-0.jpg
29742C8E00716D96352F9D3548C573CC974550952B8390044714D9D08FD575C6
Incoming
..\PIN_2add6eda_im_20150314000009\IMG_20150313_165013-0.jpg
This image was sent/received via Blackberry Messenger.
image
false



GOVERNMENT
EXHIBIT
152
16-154 (KBJ)

# Exhibit 5

# INDICTMENT

**THE STATE OF MISSISSIPPI**
**COUNTY OF RANKIN**

**VS.**                                                     CAUSE NO. 27/92

**RENE LUIS NUNEZ A/K/A LUIS RENE**
**NUNEZ**
**DAVID JORGE RAMIREZ A/K/A JORGE DAVID**
**RAMIREZ**

*Indictment for the offense of:*

**AGGRAVATED TRAFFICKING IN CONTROLLED**
**SUBSTANCES §41-29-139**



FILED
DEC 15 2015
REBECCA N. BOYD, CIRCUIT CLERK
BY

### IN THE CIRCUIT COURT OF RANKIN COUNTY, JULY TERM, 2015
### Recalled December 10, 2015

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of Rankin County, elected, summoned, empanelled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

**Rene Luis Nunez a/k/a Luis Rene Nunez and David Jorge Ramirez a/k/a Jorge David Ramirez**

on or about the 4th day of June, 2015, in the county aforesaid and within the jurisdiction of this Court, did willfully, unlawfully, knowingly and feloniously engage in aggravated trafficking in controlled substances by possessing more than two hundred (200) grams of Methamphetamine, a schedule II controlled substance, in violation of Mississippi Code Annotated §41-29-139 (1972), as amended, and, against the peace and dignity of the State of Mississippi.

Endorsed: A True Bill

_____                          _____
Foreman of the Grand Jury                          Assistant District Attorney

**000577**

IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**

**DAVID JORGE RAMIREZ AKA**
**JORGE DAVID RAMIREZ**



**CAUSE NO. 27,192**

**DEFENDANT**

## JUDGMENT OF CONVICTION AND SENTENCE INSTANTER

    **THIS CAUSE** came on to be heard on the sworn Petition(s) of the Defendant, whose

legal name is **DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ**, whose date of

birth is ▮▮▮▮▮▮▮, whose Social Security Number is ▮▮▮▮▮▮ and whose Attorney of

Record is **MARK S. HUTCHISON**, to enter a plea(s) of guilty to the crime(s) of

**POSSESSION OF MORE THAN TEN (10) GRAMS BUT LESS THAN THIRTY (30)**

**GRAMS OF METHAMPHETAMINE AS A LESSER INCLUDED OFFENSE OF**

**AGGRAVATED TRAFFICKING IN MORE THAN TWO HUNDRED (200) GRAMS OF**

**METHAMPHETAMINE** as charged in the Indictment(s) and/or Bill(s) of Information; and the

Court, having heard the Petition(s) in the presence of the Defendant, the Defendant's Attorney,

and the State's Attorney, and having considered the evidence, including the testimony of the

Defendant, together with the statements and representations of Counsel, is of the opinion and

finds that: 1) the allegations contained in the Petition(s) are supported by the evidence and are

true and correct as set forth therein; 2) the Defendant's plea(s) of guilty is/are not induced by

force, violence, threats, coercion, fear, deception, promises or misrepresentations; 3) the

Defendant is competent to understand and does understand the nature of the criminal offense(s)

to which the plea(s) of guilty is/are entered and understands the minimum and maximum

punishments prescribed by law; 4) the Defendant understands by entering plea(s) of guilty certain

DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192

1

constitutional rights are expressly waived; specifically, the right: a) against self-incrimination, b) to trial by jury, c) to confront and cross-examine the witnesses for the State, d) to testify as a witness, e) to subpoena, call and examine witnesses in defense, f) to appeal, and if indigent, g) to a court-appointed attorney to prosecute an appeal; 5) the Defendant's plea(s) of guilty is/are freely, voluntarily and intelligently made; and 6) there is a factual basis for the plea(s) which establishes the Defendant's guilt beyond any reasonable doubt; 7) the Petition(s) should be granted and the Defendant's plea(s) of guilty should be accepted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plea(s) of guilty is/are accepted and entered and the Defendant is found to be guilty of and is convicted for the crime(s) of **POSSESSION OF MORE THAN TEN (10) GRAMS BUT LESS THAN THIRTY (30) GRAMS OF METHAMPHETAMINE AS A LESSER INCLUDED OFFENSE OF AGGRAVATED TRAFFICKING IN MORE THAN TWO HUNDRED (200) GRAMS OF METHAMPHETAMINE** as charged in the Indictment(s) and/or Bill(s) of Information.

**IT IS FURTHER ORDERED** that the Defendant's application to waive deferment of sentence and pre-sentence report and to proceed with sentencing instanter is granted  and the Court, being fully advised in the premises finds and determines that: a) the victim(s) and the investigating officer(s) were notified in advance of these proceedings; b) the defendant's plea(s) of guilty was/were entered **WITH** a recommendation of sentence from the State which was modified by the Court; c) questions and comments from all interested parties were invited and those submitted were received and considered; d) the Defendant and Defendant's Attorney were given an opportunity to address the court on all matters relevant to these proceedings including the presentation of circumstances in extenuation and mitigation; e) the recommendation of sentence, if made, by the State is hereby accepted and adopted by the Court as the sentence of the Court; and f) sentence should now be imposed.

2

DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant is sentenced as follows:

(1)  To serve a term of **TWENTY (20)** year(s) in the custody of the Mississippi Department of Corrections in Cause Number(s) **27,192**.  **PROVIDED, HOWEVER,** that pursuant to Section 47-7-33 **OR** Section 47-7-34 of the Mississippi Code of 1972, **THE** execution of the last **TEN (10)** year(s) of the sentence(s) imposed herein is/are hereby stayed and that portion of the sentence(s) is/are suspended **AND** the Defendant shall be released and placed on **SUPERVISED PROBATION** under the direct supervision of the Mississippi Department of Corrections on the terms, provisions and conditions  prescribed elsewhere in this Order.

(2)  To serve a term of **FIVE (5)** year(s) on **SUPERVISED PROBATION** under the direct supervision of the Department of Corrections which shall commence upon the Defendant's release from the custody of the Mississippi Department of Corrections.

### During the term of SUPERVISED PROBATION the Defendant shall:

1. Maintain good behavior and conduct and obey the laws of this State and its political subdivisions, of all other States and their political subdivisions and of the United States and  commit no offense against any of them  including, but not limited or otherwise restricted to, those prohibiting the use or possession of firearms by persons who have been convicted of a felony.

2. Avoid injurious or vicious habits and totally abstain from the use of alcohol, barbiturates, narcotics, marijuana and all other substances which are habit forming, mood altering or legally controlled except on the prescription of a licensed medical doctor.

3. Avoid persons or places of disreputable or harmful character and specifically avoid association with any persons previously convicted of a crime or being present at any location where a criminal act or activity is being committed.

4. Work faithfully at suitable employment and support all dependents as required by law.

5. Report to the Department of Corrections and/or the supervising agency or authority as directed and permit the said Department, agency or other authority or

DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192

3

designee to visit the Defendant at home, or elsewhere; consent to the search of the Defendant's person, vehicle(s) and surroundings for weapons, controlled substances or contraband of any kind or character; remain within the geographical area specified by the said Department, agency or other authority; if under supervised probation or post release supervision, immediately report changes of address of residence and/or employment and (excepting a non resident of the State), remain within the State of Mississippi unless authorized in writing to travel outside of its borders.

6. Submit, as provided by law, to any type breath, saliva, or urine chemical analysis test specified by the said Department, agency or other authority for the purpose of detecting the presence of alcohol or other substances which are legally controlled or prohibited under the laws of this State or of the United States and pay all costs incurred in connection with any test or analysis which results in a positive finding for the presence of alcohol or other substances which are legally controlled or prohibited.

7. Enroll in and successfully complete any program for psychological or emotional evaluation and guidance and/or for drug and alcohol abuse counseling and rehabilitation as directed and arranged by the said Department, agency or other authority or designee.

8. Pay supervision fees, if required, to the Department of Corrections in the amount as set by statute or to the supervising agency or other authority each month during the term of SUPERVISED PROBATION.

9. Waive extradition to the State of Mississippi from any other jurisdiction either within or outside of the United States where the Defendant may be found and not to contest or resist any effort by any other jurisdiction to return the Defendant to this State.

10. Pay all court costs, statutory fees and assessments, fine(s) and restitution, if applicable, in the amounts and at the times specified in this or any other order entered by the Court.

11. Comply with this and all future orders of the Court made and entered in this cause.

IT IS EXPRESSLY PROVIDED that the stay of execution and suspension of sentence(s) provided in this order are granted on condition that the Defendant satisfactorily serve the probationary term in strict compliance with the terms, provisions and conditions which have been explained to and accepted by the Defendant. IT IS FURTHER PROVIDED that, if the

4

DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192

Defendant is adjudicated to be guilty of a material breach, violation or nonobservance of any of the terms, provisions or conditions of probation or post release supervision, the probationary term may be revoked, the stay of execution and suspension of sentence terminated, and the Defendant's custody may be remanded to the Department of Corrections for incarceration until the unserved portion of this sentence is fully satisfied.

(3) To pay court costs, fees and assessments in the amount of **$446.50** and a Mississippi Crime Lab analysis fee in the amount of **$300.00** within six (6) months after release from custody.

**IT IS HEREBY ORDERED** that payments for any applicable court costs, fees and assessments, fine(s) or restitution paid by the Defendant shall be applied as follows: FIRST to court costs, fees and assessments; SECOND to fine(s); THIRD to restitution.

**IT IS FURTHER ORDERED** that the payment of court costs, fees, assessments, fine(s) and restitution in the manner provided in this Order or by other Orders of the Court be made a special condition of parole or any other form of early release that may be granted to the Defendant.

**IT IS EXPRESSLY PROVIDED** that in addition to any other penalty provided by law and pursuant to Section 63-1-71 of the Mississippi Code of 1972, the Defendant shall immediately **surrender his/her Driver's License**, if in the possession or under the control of the Defendant, to the Court or the Designee of the Court and forthwith forfeit the right to operate a motor vehicle over the highways of the State of Mississippi for a period of six (6) months; if the Defendant has no Driver's License or is under fifteen (15) years of age at the time of imposition

5

**DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192**

of sentence, the period of the suspension of driving privileges shall commence on the day the

sentence is imposed and shall run for a period of not less than six (6) months after the day the

person obtains a driver's license or reaches the age of fifteen (15) years; if the driving privilege of

any person is under revocation or suspension at the time of any conviction for a violation of any

offense defined in the Uniform Controlled Substances Law, the revocation or suspension period

imposed herein shall commence as of the date of termination of the existing period of revocation

or suspension; if the Defendant has been issued or possesses a Driver's License from another

state, the nonresident driving privileges granted by the State of Mississippi, if any, are hereby

revoked.

   **IT IS FURTHER ORDERED** that all time served in pretrial detainment in this cause is

credited against this sentence.

   **SO ORDERED AND ADJUDGED THIS THE 23ᴿᴰ DAY OF MAY, 2016.**

   **CIRCUIT JUDGE**

6

DAVID JORGE RAMIREZ AKA JORGE DAVID RAMIREZ 27,192