UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 Cr. 154 (KBJ) |
| v. | : | |
| LUZ IRENE FAJARDO CAMPOS | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING**

Defendant Luz Irene Fajardo Campos respectfully moves this Court to continue the sentencing in this case, currently scheduled for July 21, 2020. Undersigned counsel has personally communicated with the prosecutors in this case, who have no objection to the request.

Defendant Fajardo Campos was convicted of international drug trafficking charges in December 2019, following a two week long jury trial. She was thereafter interviewed by Probation and a Pre-Sentence Report (PSR)has been prepared. Ms. Fajardo Campos is incarcerated at the Correctional Treatment Facility (CTF) and since approximately the second week of March, 2020, the facility has prohibited any "in-person" or "through the glass" legal visits. Accordingly, neither undersigned counsel, nor his investigator, have been able to thoroughly review the PSR with the defendant. Moreover, counsel believes that a psychological evaluation of the defendant would be useful in aid of the sentencing in this case. On or about March 3, 2020 undersigned communicated with Dr. Robert K. Madsen, a clinical psychologist in Washington, D.C. who had agreed (subject to court authorization) to conduct an examination of the defendant. The pandemic and lockdown at the CTF have prevented Dr. Madsen from moving forward with his evaluation.

The defendant has been advised of this request, and she understands that the current pandemic has – and possibly will continue – to cause delays in the sentencing of her case. The defense is determined to achieve the best possible outcome at the time of sentencing and despite undersigned's efforts the case is not in a posture to move forward. Defense counsel has candidly explained to the prosecutors his rationale for seeking this continuance, including his intention to seek a psychological examination. The Government does not object to the request. Accordingly, the defense requests a continuance of sixty days, until approximately the week of September 1, 2020, or a date in that time period convenient for the Court, for the sentencing.

In the interim, the parties would be available to participate in a video or telephone status conference if the Court believes it would be useful

A proposed Order is attached to this Notice for the Court's review.

    Respectfully submitted,
    *Robert Feitel*

    _____
    Robert Feitel, Esquire
    Law Office of Robert Feitel
    1300 Pennsylvania, Avenue, N.W.
    190-515
    Washington, D.C.  20008
    D.C. Bar No. 366673
    202-450-6133 (office)
    202-255-6637 (cellular)
    RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to Cole Radovich, Anthony Aminoff, and Kaitlin Sahni, Narcotic and Dangerous Drug Section, 2 Constitution Square, N.W. Washington, D.C. 20005, this 1st day of July, 2020.

    *Robert Feitel*
    _____

Robert Feitel