UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 Cr. 154 (KBJ) |
| v. | : | |
| LUZ IRENE FAJARDO CAMPOS | : | |
| Defendant. | : | |

**DEFENDANT'S FINAL UNOPPOSED**
**MOTION TO CONTINUE SENTENCING**

Defendant Luz Irene Fajardo Campos, through undersigned counsel, moves this Court for what the defense believes will be the final continuance of the sentencing in this case, currently scheduled for December 15, 2020. Undersigned counsel has personally communicated with the prosecutors in this case, who have no objection to the request. The defense asks for a continuance of forty-five days, until on or about the week of January 24, 2020, or such other time as consistent with the Court's calendar.

Since the last request for a continuance in this case, the defense has obtained the services of mental health professional to conduct an assessment of the defendant's mental health. The clinician has met with the twice and has additional video conferences scheduled. The defense is also arranging to have a written "cognitive screening" test delivered to the defendant at the Correctional Treatment Facility. The clinician believes that with these tools, she will be able to complete a report and psychological analysis of defendant's mental health in the next two weeks. Undersigned explained the status of the investigation with the prosecutors and the defense intends to provide them with a copy of the Report in this case for their review prior to sentencing.

The defense has endeavored to move forward to the sentencing in this case with all dispatch. The defense believes that the end of the process is near and that absent any unforeseen circumstances, this will be the last continuance that the defendant requests. The defendant agrees to the requested continuance and understands that it is her best interest to delay the sentencing until such time as a Report is prepared.

A proposed Order is attached to this Notice for the Court's review.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania, Avenue, N.W.
190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to Cole Radovich, Kaitlin Sahni, Narcotic, and Kate Naseef of the Dangerous Drug Section, 2 Constitution Square, N.W. Washington, D.C. 20005, this 9th day of December, 2020.

*Robert Feitel*

_____
Robert Feitel