UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 Cr. 154 (KBJ) |
| v. | : | |
| LUZ IRENE FAJARDO CAMPOS | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's Unopposed Motion To Continue Sentencing and the entire record herein, it is this _____ day of December, 2020,

ORDERED, that the Motion is granted and the trial of this case will be continued until _____.

_____
KETANJI B. JACKSON
United States District Judge