UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 Cr. 154 (KBJ) |
| v. | : | |
| LUZ IRENE FAJARDO CAMPOS | : | |
| Defendant. | : | |

**DEFENDANT'S ULTIMATE
MOTION TO CONTINUE SENTENCING**

Defendant Luz Irene Fajardo Campos, through undersigned counsel, moves this Court to continue the sentencing in this case, currently scheduled for February 11, 2021. Undersigned counsel has personally communicated with the prosecutors in this case, who have no objection to the request. The defense asks for a continuance of forty (45) days, until on or about the week of March 22, 2021, or such other time as consistent with the Court's calendar.

As set forth herein, since the last request for a continuance in this case, the defense has moved forward with the mental health examination it believes must be completed in aid of sentencing in this case. The court approved psychologist in this case has met with the defendant several additional times via video conference since the last motion to continue was filed. The psychologist also conducted interviews with family members. The psychologist is still waiting, however, to administer a "cognitive screening" test to the defendant after a prior effort to get a physical copy of the document to the defendant was unsuccessful. The psychologist is currently working to complete her report, pending receipt of some the cognitive test and possibly, some additional medical records. The finished document will then be immediately translated and reviewed with the defendant.

1

Undersigned has explained the status of the psychological examination and report with the prosecutors and the defense intends to provide them with a copy of the Report in this case prior to sentencing.

The defense has continued to work diligently to move forward to the sentencing in this case. The lack of direct access to the defendant while incarcerated at the Correctional Treatment Facility has delayed those efforts. The defense continues to believe that the end of the process is near. Defendant Luz Fajardo Campos has been advised of the requested continuance and understands that it is her best interest to delay the sentencing until such time as a psychological Report is prepared.

A proposed Order is attached to this Motion for the Court's review.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania, Avenue, N.W.
190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent via ECF, to Kaitlin Sahni and Kate Naseef of the Dangerous Drug Section, 2 Constitution Square, N.W. Washington, D.C. 20005, this 4th day of February, 2021.

                                          *Robert Feitel*
                                          _____
                                          Robert Feitel