# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 16-154 (KBJ) |
| | ) | |
| v. | ) | |
| | ) | |
| LUZ IRENE FAJARDO CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE REGARDING SENTENCING

The United States of America and Defendant Luz Irene Fajardo Campos respectfully submit this notice regarding sentencing in this matter. The sentencing hearing was previously scheduled for June 3, 2021. [Apr. 1, 2021 Minute Order]. On May 24, 2021, the Court vacated the June 3, 2021 sentencing date and directed the parties to file a joint notice that contains a proposed schedule for the submission of sentencing memoranda and three dates and times on which they are available for a sentencing hearing. [May 24, 2021 Minute Order].

Accordingly, the parties jointly propose the following deadline and dates. The parties are available at any time on the proposed sentencing hearing dates.

| | |
|---|---|
| Deadline for Sentencing Memoranda[1]: | July 1, 2021 |
| Sentencing Hearing Dates: | July 22, 2021 |
| | July 23, 2021 |
| | July 26, 2021 |

---

[1] The Government filed its memorandum in aid of sentencing on June 30, 2020. [Dkt. No. 121].

Respectfully Submitted,

                                        ARTHUR G. WYATT, Chief
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        United States Department of Justice

By:   */s/Robert Feitel*                    By:     */s/Kaitlin J. Sahni*
        Robert Feitel, Esq.                          Kaitlin J. Sahni
        Counsel for the Defendant                 Imani Hutty
        Law Office of Robert Feitel                Trial Attorneys
        1300 Pennsylvania Avenue NW        Narcotic and Dangerous Drug Section
        #1505                                                       Criminal Division
        Washington, DC 20008                       U.S. Department of Justice
        D.C. Bar No. 366673                         145 N Street, NE
        202-450-6133 (office)                         Washington, D.C. 20530
        202-255-6637 (cellular)                    Tel.:   (202) 598-2493
        RF@RFeitelLaw.com                          Email: Kaitlin.Sahni@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 3rd day of June 2021.

                 */s/ Kaitlin J. Sahni*
                 Kaitlin J. Sahni
                 Trial Attorney
                 Narcotic and Dangerous Drug Section
                 Criminal Division
                 Department of Justice