Honorable Juez
Jhon Bates
Respectfully

I am requesting with much humility an evaluation and analysis of my situation in general. I am demanding with all due respect justice be done and Through your experence, relevant criteria and consideration the law be applied regarding my ignored claims. The desired result would be all aspects of these claims to be resolued. Including compensation for emocional, mental and physical damages. Discrimination, Racism, hate, PREA, Abuse of Authority, bulling, Domestic Violence, and Negligence, have made me a victim. My Rights have been breached in every way, as a mother, woman and imate in coustody putting my integrity safety and life in danger. I am carrying an insurpassable suffering impotence and frustracion in the 7 years of an injust sentence of 22 years; trial and appeal. A long process in which I experienced a fraudulent investigation, with altered evidence false statement under oath etc. I did not feel defended through the process, hearing and appeal. The Governmente of the U.S. did not assign a lawyer that spoke my language and because I don't know english I've been discriminated against I am aware that a motion or petition does not mean victory in my case. I am attempting to be clear and direct without insult to anyone. I hope that law be attributed to the ones responsable. During this process I am also dealing with chronic illnesses that are not being entirely taken care of. I humbly consider that I qualify to be released and an be benefited with what the the law grants and offers.

My arguments are based on the Truth in what I have suffered and are demostrative: In my legal case, in my Record Medical, in my body, in my heart in my emotions    ...and my Soul.

I hope Benevolence and mercy, please

Note important:  In case of whichever situation, a favor to communicate to:

David Rendón. Address: 1440 w Irvington
Apartment 12105. P.O. Box 857406
Tuczon Arizona
phone: 928 294 0162

# Petition for Commutation of Sentence

Please read the accompanying instructions carefully before completing the application. Type or print the answers in ink. Each question must be answered fully, truthfully and accurately. If the space for any answer is insufficient, you may complete the answer on a separate sheet of paper and attach it to the petition. You may attach any additional documentation that you believe is relevant to your petition. The submission of any material, false information is punishable by up to five years' imprisonment and a fine of not more than $250,000. 18 U.S.C. §§ 1001 and 3571.

**Relief sought:** (check one)

☐ Reduction of Prison Sentence Only
☐ Remission of Fine and/or Restitution Only
☐ Reduction of Prison Sentence and Remission
☐ Other _Releas_ on e.

## To The President of the United States:

The undersigned petitioner, a Federal prisoner, prays for commutation of sentence and in support thereof states as follows:

1. Full name: _Fajardo_ (First) _Campos_ (Middle) _Luz Irene_ (Last)

   Reg. No. _35120-016_    Social Security No. _NONE_

   Confined in the Federal Institution at _F.C.I. ALLICEVILLE_

   Date and place of birth: _10•05•1963_    _Mexico_

   Are you a United States citizen? ☐ yes ☒ no
   If you are not a U.S. citizen, indicate your country of citizenship
   _Sinaloa, México_

   Have you ever applied for commutation of sentence before? ☐ yes ☒ no
   If yes, state the date(s) on which you applied, and the date(s) when you were notified of the final decision on your petition(s).
   _NONE_

### Offense(s) For Which Commutation Is Sought

2. I was convicted on a plea of _guilty_ (guilty, not guilty, nolo contendere) in the United States District Court

   for the _Washington_ (Northern, Western, etc.) District of _D.C._ (identify state) of the crime of:

   _Conspirate_

**Offense(s) For Which Commutation Is Sought**

*(State specific offense(s); provide citation of statute(s) violated, if known)*

I are not

I was sentenced on Jun. 20; 2020 to imprisonment for 22 years, to pay
*(month/day)    (year)*                                    *(length of sentence)*

☐ a fine of $ 18 millions dllrs., ☐ restitution of $ I are not, and to
*(do not include special assessment)*

☐ supervised release or ☐ special parole for I are not, and/or to probation for

22 years . I was _____ years of age when the offense was committed.
*(length of sentence)*

3.    I began service of the sentence of imprisonment on 03-28,-2017, and I am projected to
*(month/day)    (year)*

be released from confinement on 11 . 28, 2024 .
*(month/day)    (year)*

**Are you eligible for parole?**                                              ☐ yes ☐ no
*If yes, indicate the date when you became eligible for release, and state whether your application for parole was granted or denied*

I are not

**Have you paid in full any fine or restitution imposed on you?**              ☐ yes ☑ no
*If the fine or restitution has not been paid in full, state the remaining balance.*

4.    **Did you appeal your conviction or sentence to the United States Court of Appeals?**                                                              ☑ yes ☐ no

**Is your appeal concluded?**                                                  ☐ yes ☐ no
*If yes, indicate whether your conviction or sentence was affirmed or reversed, the date of the decision, and the citation(s) to any published court opinions. Provide copies of any unpublished court decisions concerning such appeals, if they are available to you.*

N.O          NO
I m not notifique

**Did you seek review by the Supreme Court?**                                  ☐ yes ☑ no

**Is your appeal concluded?**                                                  ☐ yes ☐ no
*If yes, indicate whether your petition was granted or denied and the date of the decision.*

I'm not because my lawyer no notifique me

**Offense(s) For Which Commutation Is Sought**

**Have you filed a challenge to your conviction or sentence under 28 U.S.C. § 2255 (habeas corpus)?**    ☐ yes ☐ no

I are not asking for it

**Is your challenge concluded?**    ☐ yes ☐ no

*If yes, indicate whether your motion was granted or denied, the date of the decision, and the citation(s) to any published court opinions, if known. Provide copies of any unpublished court decisions concerning such motions, if they are available to you. If you have filed more than one post-conviction motion, provide the requested information for each such motion.*

I are not    I are not

5. **Provide a complete and detailed account of the offense for which you seek commutation, including the full extent of your involvement. If you need more space, you may complete your answer on a separate sheet of paper and attach it to the petition.**

- The Government of U.S. did not assign a lawyer that spoke my lenguage.
- In the 36 hrs. of hearing with the District Attorney. No assist mit w ith investig
- The lawyer assigned to my case did not defend my right to speak. And he no speak spanish
- I'm not in acordance with the traslation that I was offer by me lawyer about hearing with the District Attorney.
- There was abuse of indiscretion.
- I have not been presented an idictament.
- I was not arrested
- I was not detain by the police.
- There was no drugs, guns, money or anything illicit seized.
- There was no concrete or tangible evidence.
- Not to have an order of extradition, Red alert search or investigation with Interpol, DEA, etc. in any country or had been apprehended.
- While in the verification of my passport an inmigration officer detain for 3 hr. or more during that time I recivee serious and concerning treat from the commander of the Mexican Marine being that he order me to go to Catom
- The migration officer took me out side the airport where out there th proceed way waiting for me.
- I asked to talk to the DEA the conversation was record. But none of my lawye has care tv ask for it    (nex page please)
- My phone was canceal all information was erase and use my pictures.

*Petition for Commutation of Sentence*    Page 3

Continue page 3

- My identification are with my real name and address
- There was altered evidences.
- There was perjury under oath.
- I was not given any counseling from consulate authority
- My Lawyer get up set because I don't plea guilty.
- None of my lawyer faights for my right receive proper medical attentic
- None of my lawyer defended my right to express to protest tertify or opine
- My Lawyer did not defended my right to speak at my sentencing hearing.
- I don't fel discriminated or defended by my lawyers.
- I feel discriminate because of my lenguage.
- The Detention center and B.O.P. don't provide bilingual staff.
- Before hand Vanegas, R. Feitel and Tony Axam advice me no to present evidence (and they ared burlesque of me, and they to affime me I speak english. (I speak spanish!) witnesses or testify nor hire the lawyers otherwise they would jeopardize my life.
- I am very, so much worry for my healt. I am happened now and before some delicate proceeding in my face. (and other healt sicks).
- I need you help me now please, I am not feeling. I am to supplicate for help, and mercy please.

**Other Criminal Record**

**Aside from the offense for which commutation is sought, have you ever been arrested or taken into custody by any law enforcement authority, or convicted in any court, either as a juvenile or an adult, for any other incident?** ☐ yes ☒ no

*For each such incident, provide: the date, the nature of charge, the law enforcement authority involved, and the final disposition of the incident. You must list every violation, including traffic violations that resulted arrest or in an criminal charge, such as driving under the influence.*

**Arrests:**

NONE

**Convictions:**

NONE

Reasons for seeking commutation

7.    State your reasons for seeking commutation of sentence. If you need more space, you may complete your answer on a separate sheet of paper and attach it to the petition.

For everything mentioned and for emotional and physical damages. Discrimination, Racism, PREA, Abuse of Authority, bulling, Domestic violence, and Negligence have made me a victim. My Rights have been breached in every way as a mother, woman and inmate in custody putting my integrity safety and life in danger. I did not feel counseling in my grivances, my claims. when I need to denounce. On 7 (seven) years I not have notification. for ever time I can't expressed with my lawyer and medical services. I'm worry for my healt, my sicks, a Medico no to listen me, now we have Dr. in spanish, but he say I've to talk in english. He made badly done in my face, I am very worry I've preoccupation, I am not to feel. My Lawyer to discriminate my Idiom, he to assure me, I speak english, but I am not speak english.

     I am not to offend this Honorable Country of Unites States, or other Country.

          * I help a anybody with dissappear persons, and I send to D.F. Mexico any investigation of reelevant case to authority of PGR or Marine. but anybody no like this. A Commandant corrupted. to threaten me. He to intimidate me. When I are in washington (D.O.C. detention) He to ordered to kill my sons, and My sons to die for any officials of government, they to dismembe and burnted in Sonora Mexico.

     I am not why no aclare and finish my situation. I am suffer this with my 5 senses.          My lawyer sayed me: I need a psychologyst. He to be to wound my heart. Somedody more in seven years in prison too.

     Please help me. I need my free. I have very respect for this Country.

     I sincerity and Respectfully, to hope for your Help

Petition for Commutation of Sentence

**Certification and Personal Oath**

I hereby certify that all answers to the above questions and all statement contained herein are true and correct to the best of my knowledge, information, and belief. I understand that any intentional misstatements of material facts contained in this application form may cause adverse action on my petition for executive clemency and may subject me to criminal prosecution.

Respectfully submitted this _____ day of march , 2024 .
(month)     (year)

_____
Signature of Petitioner

Luz Irene Fajardo Campos

Petition for Commutation of Sentence

Page 6



Luz Irene Fajardo C.
35120-016 /A-4 unit
F.C.I.: ALICEVILLE
P.O. BOX 4000
Aliceville AL 35442
    CASE № 1107646-F1

CERTIFIED MAIL

9589 0710 5270 0990 5594 31

Honorable Juez :
    Jhon Bates

333 Constitution Avenue N.W.
Washingto D.C. 20001

Mail Room

APR - 1 2024

Clerk of Court
U.S. District Col.      Columbia

"Let this be filed.
John D. Bates   Digitally signed by John D. Bates
                Date: 2024.04.12 14:22:47 -04'00'
John D. Bates                        Date
U.S. District Judge"