"Let this be filed"

John D Bates    5/27/2

Honorable Judge

Mr. Jhon Bates

-present-

March 22, 2025

Forgive my boldness for bothering you with my writing, against my attorney's recommendation against sending more letters. But throughout my court case that lasted 4 and a half years and 3 and a half years in prison the notifications about my case have not been given to me, except for about 6 months ago when he informed me that he would file the appeal, he took the trouble to call me, but I am afraid to ask because I don't want him to get angry. Communication has never been good, and with regret I tell you that in all this time I have not been able to learn English, I could never enroll in F.C.I. education and with only a dictionary it was impossible for me. I continue to struggle because I feel that my lawyer has no patience for the translator and the language was and continues to be a barrier in my case. Although I do not understand why my attorney was authorized to withdraw the motion I sent about a year ago on this issue, in all humility I believe that the U.S. government should have accepted the many requests I made all this time about having an attorney in my language. But if you consider it so, I accept it with all due respect, based on what your excellence represents.

However, I respectfully insist in begging you to reconsider my sentence honorable judge, since my rights have been violated in every way, but mainly because I have not offended or injured this great country which I respect enormously, because I have not introduced any type of drugs; I have never had a criminal record, and as an inmate I have always handled myself with respect towards the authorities, administrative and medical personnel. However, I have been wronged and reprimanded by the staff, D.O.C. for discrimination and PREA, at F.C.I., Alicevile when I joined, I had a very unpleasant event with Dr. Lee and based on my complaint to the PREA, other complaints arose for events that I suffered because of the nonconformity of the staff, which exposed me unfairly all this time. I list my complaints: PREA: 1185810-AL Medical, domestic violence, discrimination (race and language) in the same case: 1107646-F1. No dignified care or follow up was given, despite and in the knowledge of the staff, that these events have left me with collateral damage, both physically and emotionally. Because of my condition and my legal situation, I feel the need to beg you, honorable Judge J. Bates, to take pity on me because it has been a long time since this situation has not been settled, this unjust sentence due to a fraudulent investigation by unscrupulous people in Mexico that has violated my rights in

every way: As a mother, as a woman, as an inmate and as a human being exposing to date, my integrity, my emotional and physical health, and the most painful thing, the ambition of some authorities of Mexico, had as a consequence the vile and atrocious death of my children. I long to go to give them my blessing and recover the heads of my children and the body of my youngest son. I call upon your valuable and relevant action, based on just reason under the legal statutes of this great country, I most humbly demand justice and benevolence, with a response based on your honorable criteria, your Excellency. My pain does not cease, I believe this is already too much without hearing, because I am certain that there never was and never will be any evidence that I am a criminal, for the simple reason that I have not conspired with drugs or any other illicit situation against the U.S. or any other country.

I thank you greatly for your attention, and I ask God to touch your heart and connect it to your strict and analytical criteria, because I still trust in the laws of the U.S. I trust in your excellence, Mr. Justice J. Bates, and above all I trust in God.

God Bless and guide your work.

I bid you a very humble farewell with all sincerity:

Luz Irene Fajardo Campos

NO. 35120-016

Unit A-1

F.C.I. Aliceville