UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUZ IRENE FAJARDO CAMPOS,
　　　Petitioner,

　　　v.

UNITED STATES,
　　　Respondent.

Civil Action No. 26-355 (JDB)

Criminal Action No. 16-154 (JDB)

## ORDER

Upon consideration of [168] petitioner's motion to vacate, [173] petitioner's motion for appointment of counsel, and the entire record herein, it is hereby **ORDERED** that petitioner's motions are **DENIED** for the reasons stated in the accompanying memorandum opinion.

**SO ORDERED**.

_____/s/_____
JOHN D. BATES
United States District Judge

Date: April 10, 2026

1